M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA RECEIVED

WILLIE JAMES CLEMMONS JR
_____ )
Full name and prison name of )
Plaintiff(s) )
 )
v. )
 )
SHERIFF HERBIE JOHNSON )
 DR. BATES )
 )
NURSE, PAULA )
 CORP, PATTON )
 NURSE, GREEN )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

2008 MAR -7 A 9: 42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT AL
CIVIL ACTION NO. 2 08CV 160-WKW
(To be supplied by Clerk of U.S. District
Court)

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or
      similar facts involved in this action?  YES ☐   No ☑

B.    Have you begun other lawsuits in state or federal court relating to your
      imprisonment?        YES ☐        NO ☑

C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there
      is more than one lawsuit, describe the additional lawsuits on another piece of paper,
      using the same outline.)

      1.    Parties to this previous lawsuit:

            Plaintiff (s) _____

            _____

            Defendant(s) _____

            _____

      2.    Court (if federal court, name the district; if state court, name the county)

            _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Autauga_

_County Jail_

III. NAME <u>AND ADDRESS </u>OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | HERBIE Johnson | 136 N. COURT St, pAAttville, Al 36067 |
| 2. | CORP, PATTON | ι ι |
| 3. | DR. BATES | ι ι |
| 4. | NURSE PAULA | ι ι |
| 5. | NURSE GREEN | ι ι |
| 6. | | Same as Above |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _ON or about_ _January 2/7 2008 , to the present date._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Denied Medical Treatment,_

_____

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)

See Exhibit "A"

GROUND TWO: Denied Medical treatment

SUPPORTING FACTS: See Exhibit "B"

GROUND THREE: IMproper Serving of Food, Lunch Denied a balance Meal, No beverages No Fruits, IMproper Lunch served daily

SUPPORTING FACTS: See exhibit "C"

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Appoint Me An Attorney to Represent Me in this case
Punitive DAMAGes, $ 500,000
Gruel + INJust Treatment DAMages, $500,000
Negligence + COMpasitory DoMages $500,000
INJUNTIVE RELIEF

_Willie J. Clemmons_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3 | 5 | 2008__ .
(Date)

_Willie J. Clemmons_
Signature of plaintiff(s)

Exhibit "A"

ON Or about the Month of January 16th, 2008, I Willie J. Clemmons JR has been denied Medical treatment and show as follows:

1.) After several Doctor slips and Grievance's forms I was still denied Medical treatment

2.) I inform the Nurse staff, Nurse Paula, Nurse Green and also DR. Bates of My Condition Verbally and each and everyone of them stated the County would not pay for My Medical problem which is a life and Death issue, I have a Pace Maker that is presently in need of a (battery) New pace Maker Replacement.

3.) The Nurse Staff has been very Rude to me about My condition they made the following statements: (1) "You should have taken care of your Medical problem before you Got lock up" (2) "Stated: stop asking about this Medical problem because we are not going to do anything About it" (3) "DR. Bates, stated that the EKG does not pick up My pace Maker and their is nothing he could do for me, and the County is not going to pay for a Replacement Operation." (4) All Medical staff has Refuse to treat My Hepatitus "C" condition at Autauga Jail Herbie Johnson is Responsible for all parties

Exhibit "B"

ON or about February 25th, 2008, In the Mourning after breakfast I was getting out of my bunk thats located on the top, My Heart (Miss) stop beating and I fell to the floor and hit the back of my neck on the bottom bunk. My roomate call for help and officer patton came to see about me, I told him what happen and that I need medical help and he look at me and smile and him and another officer walk away without giving me any medical treatment. At pill call on the same Mourning I spoke with Nurse, Green And told her what happen earlier that Mourning, she told Me I had to fill out a sick call slip before I could get any help. I still haven't received any Medical treatment about me falling out of bed and hurting my neck and back

It is already establish in the Courts that I am indigence and My status has not change.

Herbie Johnson is Responsible for all parties

Exhibit "C"

January 17, 2008 to present day
Since being at Autauga County jail, the food is improperly being served.

Autauga jail does not served) any fruits or any beverages with any of its Meals no milk, no juice, nothing

no Meat is served with your breakfast hardly at all May be twice a Month, the food is served cold, the lunch Menu Consist of (2) two sandwiches of Mayonaise and very very thin piece of luncheon Meat, and (no fruits or Vegatables) UNclean handling of sandwiches same gloves used for every cell to serve.

All, are the same breakfast everyday

The Jail Staff does not wash Any of the InMates Eating Utensil, their are some inmates that have been here for over a year, that has not gotten their spoons or cups wash that they eat with this is Very UNsanitary and UNHealthy.
            NO FRUITS SERVED At ANYtIMe
            NO DAIRY PRODUCts SERVED
            NO Hot LUNCHES
            FEDERAL INMATES ARE Housed At
            AutAugA County Jail Also

