IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIE J. CLEMMONS,
    plaintiff,
V.                       2:08-CV-160-WKW

HERBIE JOHNSON et al.,
    Defendants,

## MOTION FOR AMENDMENT TO AMEND TO THE ORIGINAL COMPLAINT AND LEAVE TO AMEND

COMES NOW, the plaintiff, Willie J. Clemmons, pro se, In the above styled cause and would move the Honorable Court to allow him leave to Amend ORIGINAL COMPLAINT. And he would support his claim with the following:

1.) The plaintiff, Willie J. Clemmons, has been receiving Mental Health Medications and treatments from the psychiatrist Doctors since 1980 FOR Schizophrenic and Major Depression.

2.) Since the being of plaintiff incarceration at the Autauga County jail on or about January 17, 2008, the plaintiff has constantly ask verbally and through Grievance's and Sick Call Request forms for Medications and Mental health psychiatrist treatments for his schizophrenic and Major Depression sickness.

The defendants, DR. BATES, NURSE PAULA, NURSE GREEN, and Herbie Johnson, intentionally refused and denied plaintiff psychiatric treatments, and Medications for his schizophrenic and Major depression sickness. The action of the defendants was with Intents and Negatives. Which Violated the plaintiff Constitutional Rights. The plaintiff, is suing the defendants in their Individuality and Capacity names for their intentional and Negative actions.

Therefore, the plaintiff is Requesting that the Honorable Court issue a court order, that the defendants provide to plaintiff all the Medical treatment and Medications that is needed for plaintiff sickness during the plaintiff incarceration in jail.

The plaintiff is sueing each of the Defendants for $250,000 dollars for Mental ANGUISH damages, and Cruel and INhuman Treatment.

Therefore, the plaintiff prays that this Honorable COURT Grant this MOTION and Amend this MOTION TO the Original COMplaint.

## CERTIFICATE OF SERVICE

I Certify that I have served a copy of the foregoing upon the SHeriff HERBIE Johnson and Defendants et al., by placing same in the UNITED STATES MAIL 1st class postage prepaid on this 20 day of March 2008.

Willie J. Clemmons
136 N. Court St
prattville, Al 36067

pro se  Willie J. Clemmons
        Willie J. Clemmons

MR. Willie J. Clemmons
136 N. Court St
Prattville, Al 36067



Honorable Clerk, Debra Hackett
P.O. Box 711
Montgomery, Al 36101-0711