IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE JAMES CLEMMONS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:08-CV-160-WKW |
| | ) |
| HERBIE JOHNSON, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend filed by the plaintiff on March 24, 2008 (Court Doc. No. 8), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that in filing their written report the defendants shall address the claims presented by the plaintiff in the complaint and amendment thereto.

Done this 26th day of March, 2008.

                                                    /s/ Terry F. Moorer
                                                  TERRY F. MOORER
                                                  UNITED STATES MAGISTRATE JUDGE