4-7-2008

"NOTICE OF CHANGE OF ADDRESS"

TO: HON. CLERK, DEBRA HACKETT

BELOW IS MY NEW ADDRESS
CASE NO, 2:08-CV-160-WKW

Willie J. Clemmons, JR
1417 Co. RD 161
Marbury, Al, 36051

CERTIFICATE OF SERVICE

I Certify I have Serve a copy of "Notice of Change of Address" upon Sheriff Herbie Johnson et al., Defendants by Mailing a copy of the same in the U.S. Mail properly Addressed and with sufficient postage, prepaid, this the 7th day of April 2008.

4-7-2008    pro se  Willie J. Clemmons
                   Willie J. Clemmons

Mr. Willie J. Clemmons
1917 Co. Rd 161
Marbury, Al 36051



Hon. Clerk Debra Hackett
P.O. Box 711
Montgomery, Al 36101-0711