IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

WILLIE JAMES CLEMMONS, JR. )
)
    Plaintiff, )
) CASE NO.-2:08-CV-160-WKW
v. )
)
SHERIFF HERBIE JOHNSON, et al., )
)
    Defendants. )

## NOTICE OF APPEARANCE

Comes now Wayne P. Turner, Attorney at Law, and gives notice of appearance as attorney of record for Defendant, Johnny E. Bates, M.D..

Respectfully submitted this the 22nd day of April, 2008.

                                                                         Wayne P. Turner, Esq.
                                                                         Attorney for Defendant Bates

**OF COUNSEL:**
Wayne P. Turner, Esq.
Bar Number: ASB7227T80W
Attorney for Defendant Bates
1505 Madison Avenue
Montgomery, AL 36107
(334) 420-6560 Telephone
(334) 265-9299 Facsimile
waynetlaw@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have this 22nd day of April, 2008, filed the foregoing with the Clerk of the Court and will send notification of such filing to the parties via US Mail, postage prepaid and properly addressed to:

Willie J. Clemmons, Jr.
Pro Se
1417 County Road 161
Marbury, Alabama 36051

Sheriff Herbie Johnson
Autauga County Courthouse
40 West 16th Street
Prattville, AL 36068

_____
OF COUNSEL