IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

WILLIE JAMES CLEMMONS, JR.        )
                                  )
        Plaintiff,                )
                                  )        CASE NO.-2:08-CV-160-WKW
v.                                )
                                  )
SHERIFF HERBIE JOHNSON, et al.,   )
                                  )
        Defendants.               )

## SPECIAL REPORT

Comes now the Defendant, Johnny E. Bates, M.D., by and through counsel of record,

Wayne P. Turner, and respectfully submits this special report.

### Documents

Affidavit of Johnny E. Bates, M.D.

### Allegations

1. Plaintiff Clemmons alleges that on or about January 16, 2008, he was denied medical

treatment after several doctor's slips and grievances.

2. Plaintiff Clemmons alleges that after verbally informing Defendant Bates of his medical

condition, Defendant Bates told Plaintiff Clemmons that the county would not pay for Plaintiff's

medical problem.

3. Plaintiff Clemmons alleges that Defendant Bates told him that the EKG does not pick

up Plaintiff's pacemaker and there is nothing he could do for Plaintiff and that the County would

not pay for a replacement operation.

4. Plaintiff Clemmons alleges that all medical staff has refused to treat his Hepatitis C

condition.

## **Defenses**

5. Quality Corrections Health Care assert the following defenses:

A. This Defendant affirmatively avers that he has at all times provided the Plaintiff quality healthcare which meets and exceeds the standard of care required of physicians in Alabama.

B. This Defendant denies that he told the Plaintiff that the County would not pay for his medical problem.

C. This Defendant denies that there is a problem with the Plaintiff's pacemaker.

D. This Defendant affirmatively avers that there is no reason for any action to be taken with regard to such pacemaker.

E. This Defendant denies that he has refused to treat the Plaintiff for any ligitimate medical condition.

F. This Defendant generally denies all allegations in the complaint, demands strict proof thereof, and   denies that the Plaintiff is entitled to any relief.

G. This Defendant avers that the Plaintiff's compliant fails to state a cause of action against this Defendant upon which relief can be granted.

H. This Defendant pleads the general issue and denies any allegations not specifically denied.

I. This Defendant is not the correct party in interest.

J. This Defendant pleads qualified immunity.

K. This Defendant reserves the right to amend these defenses as allowed by the Court.

## Conclusion

Plaintiff cannot succeed on any claim against this Defendant.


Respectfully submitted this the 22nd day of April, 2008.


Wayne P. Turner, Esq.
Attorney for Defendant Bates


**OF COUNSEL:**
Wayne P. Turner, Esq.
Bar Number: ASB7227T80W
Attorney for Defendant Bates
1505 Madison Avenue
Montgomery, AL 36107
(334) 420-6560 Telephone
(334) 265-9299 Facsimile
waynetlaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 22nd day of April, 2008, filed the foregoing with the Clerk of the Court and will send notification of such filing to the parties  via US Mail, postage prepaid and properly addressed
to:

Willie J. Clemmons, Jr.
Pro Se
1417 County Road 161
Marbury, Alabama 36051

Sheriff Herbie Johnson
Autauga County Courthouse
40 West 16th Street
Prattville, AL 36068

OF COUNSEL

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**

WILLIE JAMES CLEMMONS, JR.    )

     Plaintiff,    )

v.    )     **CASE NO.-2:08-CV-160-WKW**

SHERIFF HERBIE JOHNSON, et al.,    )

     )

     Defendants.    )

RECEIVED
2008 APR 22 P 1:44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## AFFIDAVIT

Before me, the undersigned authority, personally appeared Johnny E. Bates, M.D., who, after first being duly sworn, says as follows:

"My name is Johnny E. Bates, M.D. I have been licensed to practice medicine in the State of Alabama since 1985 and I am also licensed in the State of Tennessee. I am board certified in internal medicine. I provide medical services to inmates at the Autauga County Detention Facility pursuant to a contract with Autauga County. The following is a summary of the facts surrounding my relationship with the Plaintiff, Willie James Clemmons, Jr. In preparing such summary I have reviewed Willie James Clemmons, Jr.'s medical record, a copy of which is attached hereto as "Exhibit A," I have conferred with my nurse, and I have relied upon my own independent recollection.

Mr. Clemmons' complaint regarding medical care appears to relate to his pacemaker. In that regard, the medical records from his cardiologist have been obtained and are attached hereto as "Exhibit B." The purpose of a pacemaker is to maintain a normal rhythm in the event the heart's natural rhythm is altered for various reasons. In this case, the record is clear that Mr. Clemmons' pulse has always been above 60, even with the use of Clonidine to control his blood pressure, which can cause low heart rates. Pacemakers do not fire until a heart rate drops below 60. The original

EKG revealed a normal sinus rhythm which negates the need for the pacemaker.

With regard to Mr. Clemmons' claim that he needs a new pacemaker or a new battery, it is clear from the cardiologist records that neither claim is true. The life expectancy of modern pacemakers is between 8-15 years with the majority lasting longer than 10 years. Mr. Clemmons' pacemakers has several years of useful life remaining.


JOHNNY E. BATES, M.D.

SWORN TO and SUBSCRIBED before me this 22 day of April, 2008

NOTARY PUBLIC
My Commission Expires: 1/22/2012

Chronological Events Related to the Care of Willie James Clemmons, Jr.

Exhibit I.  **Sick call request dated 1/21/08**.

    Summarization: Inmate had numerous complaints
1. Chest pains
2. Lower Stomach Pain
3. Headache
4. Need Mental Health Medications
5. Toothache
    **Findings and treatment**.
    Evaluated by nurse who documented the following on the same day as the request:
    Chest pains occurred prior to incarceration
    Stomach pains actually occurred 3 days before.
    **Told nurse at that time that the pacemaker was put in 2008.**
    Exam was normal with exception of an elevated BP of 180/100.
    Placed on Ibuprofen because of sharp stabbing chest pains which are generally musculoskeletal,
    Note the pulse was 62.

Exhibit II.  **Physician notes**
    First exam 1/21/08
    Same day as sick call request.
    Complained of sharp chest pains around his pacemaker.
    No shortness of breath, no palpitations, patient was unable or unwilling to give me much in the
    way of a history.
    Pulse 60 BP 144/110 R20 O2 Sat. 99%

    **Findings and Treatment**.
    Exam was normal except for some mild chest wall tenderness at pacemaker insertion site.
    Hypertension
    History of Mental Health Issues – although not documented in my note the inmate was lucid
    and did not appear delusional or psychotic in any sense of the word,
    Treatment consisted of obtaining medical records to document time and reason for pacemaker
    insertion. (See Attached Records Request) Observation and obtainment of baseline EKG. (See
    attached EKG). Placed on Clonidine to control BP (see medical orders).

Exhibit III. **Sick call request dated 1/29/08**
    Inmate complained of toothache,  Evaluated by nurse placed on Dental list and given Ibuprofen
    for pain.
    Note Pulse is 68. BP down to 144/90.

Exhibit IV. **Physician Note dated 2/17/08**.
    Patient complained of toothache and stated pacemaker was placed in 2000 instead of 2008.
    Pulse noted again to be 65.
    F/U scheduled with Dentist.

Exhibit V. **Offsite Dental Care rendered on 2/19/08**.
    See Off-site Dental Consult Report.  Two teeth extracted #12, #13.
    Again placed on Motrin by Dentist for Dental Pain.

EXHIBIT

tabbies®

A

Quality Correctional Health Care

## TUBERCULIN PPD FOR INMATES

### Please read the following information about tuberculosis.

What Is TB?

Tuberculosis (TB) is a disease caused by germs that are spread from person to person through the air. TB usually affects the lungs, but it can also affect other parts of the body, such as the brain, the kidneys, or the spine. A person with TB can die if they do not get treatment.

What Are the Symptoms of TB?

The general symptoms of TB disease include feelings of sickness or weakness, weight loss, fever, and night sweats. The symptoms of TB disease of the lungs also include coughing, chest pain, and the coughing up of blood. Symptoms of TB disease in other parts of the body depend on the area affected.

How is TB Spread?

TB germs are put into the air when a person with TB disease of the lungs or throat coughs, sneezes, speaks, or sings. These germs can stay in the air for several hours, depending on the environment. Persons who breathe in the air containing these TB germs can become infected; this is called latent TB infection.

| INITIAL SKIN TEST | |
|---|---|
| Date Given: 1/21/08 | Date Read: 1/24/08 |
| Site Given: L Arm | Size: 0 mm |
| Lot #: C 2805 AA | |
| Nurse: P. Moates, L | Nurse: D Moates L |

I agree to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Willie Clemmon
Inmate Signature          Date  1/21/08

Paula Moates, L
Witness Signature         Date  1/21/08

Inmate Name: _____  ID# _____

Location: _____

## QCHC SICK CALL REQUEST

Check one: _____ Dental _____ Medical _____ Mental Health

Name: *Willie J. Clemons*    Inmate I.D. Number _____

Social Security No. _____

Housing Unit *D - 785*

Medical Problem (be specific): *I need nitro medicaltion FoR FoR my hart, I need A new Pace maker FoR my hart, I need my mental Heath Medication because I can sleep and I hear voices, I Also need my old Pace maker moniterimed, I need medicar FoR A paining Tooth O...*

Inmate's Signature *Willie J. Clemons* Date *2-18-08* Time _____

FOR MEDICAL UNIT USE ONLY

S: _____

_____

_____

O: T_____ P_____ RR_____ BP_____ WT_____ Pulse Ox_____ %

_____

_____

_____

A: _____

_____

P: _____

_____

_____

E: _____  *2/18/...*

_____

_____

Disposition: _____

_____

Nursing Protocol: _____

Provider's Signature: _____ Date _____ Time _____

Referred to Physician ☐ Appointment Date _____ Time _____

Name: Willie JR Clemons    Inmate I.D. Number _____

Social Security No. _____

Housing Unit W-703

Medical Problem (be specific): I HAVE A Tooth
Ache From 14 bad Teeth That need
To be Pull,

Inmate's Signature Willie Clemons Date _____ Time _____

FOR MEDICAL UNIT USE ONLY

S: _____

_____

O: T 97⁶ P 68 RR 20 BP 144/90 WT ____ Pulse Ox 99 %

broken tooth c̄ cavity (L) ↑ back

A: toothache

P: Ibu 800mg ī PO BID x 3days
Put on dental list

E: _____

Disposition:
Paula Moates, LP    1/29/08

Nursing Protocol: _____

Provider's Signature: _____ Date _____ Time _____

Referred to Physician ⌐ Appointment Date _____ Time _____



## CONFIDENTIAL FACSIMILE COVER SHEET

*If this facsimile is received in error, please notify Sender.*

Date: _2/7/08_

Pages (Including Cover Sheet) _2_

To: _____

Sender: _J Lawrence RN   Autauga Metro Jail_

Fax Number: _____

Fax Number: _334  358 - 4827_

Phone Number: _____

Phone Number: _334 -361 - 2606_

_____Urgent    _____For Your Review    _____Reply ASAP    _____Please Comment

Comments: _____

_Autauga Metro Jail_

_The Documents accompanying this transmission may contain confidential health information that is protected by law. This information is intended only for the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party._

**If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited.**

☐ Dental    ☐ Medical    ☐ Mental Health

Name: Willie J. Clemmons    Inmate I.D. Number _____

Social Security No. 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

Housing Unit D-703

Medical Problem (be specific): (1) I need medication FoR A bad teeth That need pulling (2) I can't sleep At nigh (3) hearing voices I need my mentAl Health medication, (5) I need my PAcer makeR monitoring, (4) my blood Pre, is high all The Time

Inmate's Signature Willie J. Clemmon Date 1-6-08    Time _____

FOR MEDICAL UNIT USE ONLY

S: _____

_____

O: T 97² P 71 RR 2U BP 142/88 WT ____ Pulse Ox 99 %

_____

_____

A: _____

_____

P: On Dental list c̄ Appt
Motren 400 mg BID X 7days J Lawrence RN
Obtain records

E: faxed request 2/7/08

_____

Disposition: _____

_____

Nursing Protocol: _____

Provider's Signature: J Lawrence RN Date 2/8/08    Time _____

Referred to Physician    Appointment Date _____    Time _____

## THC SICK CALL REQUEST

Check one: _____ Dental    _____ Medical    _____ Mental Health

Name: Willie Clemons _____    Inmate I.D. Number _____

Social Security No. _____

Housing Unit _____

Medical Problem (be specific): I am haveing pains from broken Tooth that was left in my gums by the Dentist. I am sto suffering from Chest pains due to the fact that I need nitro medication and a new pace maker Replacement, I need my mental Health medication and Hepatitis "c" Treatment

Inmate's Signature Willie Clemons _____ Date 2-25-08 Time _____

---

**FOR MEDICAL UNIT USE ONLY**

S: _____

_____

_____

O: T_____ P_____ RR_____ BP_____ WT_____ Pulse Ox_____ %

_____

_____

A: _____

_____

_____

P: Obtain MH records & medical records

_____

E: _____

_____

_____

Disposition: _____

_____

Nursing Protocol: _____

Provider's Signature: _____ Date _____ Time _____

Referred to Physician ⌐ Appointment Date _____ Time _____

## QCHC SICK CALL REQUEST

Check one: _____ Dental    __✓__ Medical    _____ Mental Health

Name: _Willie Clemons_    Inmate I.D. Number _____

Social Security No. _7_____

Housing Unit _____

Medical Problem (be specific): _I had A black out and getting out of bed and slip down and hurt my back an neck I also need blood P. pills, For my H. blood P._

Inmate's Signature _Willie J. Clemons_ Date _2-26-08_ Time _____

---

FOR MEDICAL UNIT USE ONLY

S: "_Dr pulled my tooth & left some in there. I need some pain pills_"

O: T _98³_ P _83_ RR _20_ BP _140/90_ WT _____ Pulse Ox _98_ %

A: _____

P: _Motrin 800 mg BID X 3 days_

E: _____

Disposition: _____

Nursing Protocol: _____

Provider's Signature: _Lawrence_ Date _2/26/08_ Time _____

Referred to Physician ⌐ Appointment Date _____ Time _____

## HC SICK CALL REQUEST

Check one: _____ ✓ Dental    _____ ✓ Medical    _____ Mental Health

Name: _Willie J. Clemmons_    Inmate I.D. Number _____

Social Security No. _____

Housing Unit _____

Medical Problem (be specific): _I still have Tooth aches because I still have A Tooth to be Pull, I still need my pace maker Replacement and mouthRinsed, I also needs my mental Health medication, my neck and back Pains_

Inmate's Signature _Willie Clemmon_ Date _2-4-08_ Time _____

---

FOR MEDICAL UNIT USE ONLY

S: _____

_____

_____

O: T_____ P_____ RR_____ BP_____ WT_____ Pulse Ox_____%

_____

_____

_____

A: _____

_____

_____

P: _____

_____

_____

E: _____

_____

_____

Disposition: _____

_____

Nursing Protocol: _____

Provider's Signature: _____ Date _____ Time _____

Referred to Physician ⌐ Appointment Date _____ Time _____

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Clonidine 0.1mg
BID x 30 day

Motrin 400mg
PO BID x 7 days

IBU 800mg Bid
x 3 days

Clonidine 0.1mg po
BID

Motrin 800mg
BID x 3 days

STING FOR  2/1/08    THROUGH  2/29/08

| | |
|---|---|
| cian | Telephone No. |
| es | Alt. Telephone | Medical Record No. |
| | Rehabilitative Potential |
| sis | |
| licaid Number | Medicare Number | Approved By Doctor: |
| | | By: |
| DENT  Clemmons, Willie | D.O.B. | Sex | Room # 7 | Patient Code | Title: | Date: | Admission Date |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ibuprofen 800mg BID x 30 day | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baseline EKG | pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clonidine 0.1mg PO BID x 30 days | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ibu 800mg ÷ PO BID x 3 days | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

STARTING FOR 1/21/08   THROUGH 1/31/08

| | | |
|---|---|---|
| Physician | Telephone No. | Medical Record No. |
| | Alt. Telephone | |
| | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor: |
|---|---|---|
| | | By: |

RESIDENT **Clemons, Willie**   D.O.B.   Sex   Room #   Patient Code **7**   Admission Date

## QCHC Off-Site Consultation Request

FROM:  Autauga County Jail
    Phone Number:  (334) 358-3729  Ext: 226
    Fax: (334) 358-4827

BILL TO:  QCHC, Inc.
    200 Narrows Parkway, Suite A
    Birmingham, AL 35242
    Corporate Number (205) 437-1512

Date & Time: _2/19 '08  1100 A_  Patient's Name: _Willie Clmons_

DOB: _1/10/49_  SS #: _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_  Sex: (M) F  Inmate Loc: _7_

Site Contact: _Paula Moates, LP_  Off-Site Facility: _Dr. Roberson_

Off-Site Address & Phone # _365-2238_

Complaint/Significant Medical Data (Chronic conditions, allergies, current meds, lab & x-ray results, treatments, etc.) _____

_CC: pain U.L._
_DX: broken infected #12, 13_

**Instructions to Off-Site Provider:** Authorization is provided ONLY for requested procedure and treatment of life-threatening conditions.  Prior approval from QCHC's Medical Director is required for additional procedures or hospitalization.  Failure to notify the medical contact person may result in reduced benefits and/or possible denial of payment.  Because of security concerns, inmates must NOT be informed of follow-up appointments or possible hospitalization.  Please note we have a NO NARCOTIC policy.  Complete bottom portion of this Off-Site Consultation form and return in a sealed envelope with the Correctional Officer when the inmate is returned to the facility or fax to the site fax number listed above.  Authorization for payment of services in only guaranteed during the time of actual confinement of the inmate under the custody of the above listed jail/prison and under the terms of our County contract.

Significant Findings/Tests Completed/Diagnosis: _____

_TR_

Treatment Provided: _TX: 3-C - ext #12-13_

Orders/Recommendations: _Rx Ibuprofen 800 mg tid X 3 day_
_2/19/08_

Date/Time: _19 Feb 08_ _____ MD

|  | Last | First | Middle Initial |  |  |
|---|---|---|---|---|---|
| Name |  |  |  | Inmate # |  |
| Date |  | Allergies |  | Facility |  |

SIG.

Physician Signature:                                                                                    4

---

|  | Last | First | Middle Initial |  |  |
|---|---|---|---|---|---|
| Name | Clemmons, Willie |  |  | Inmate # |  |
| Date | 2/25/08 | Allergies |  | Facility | AMJ |

SIG.

Needs renewal of clonidine 0.1 mg po BID

2/25/08

Physician Signature: OK per V/O Dr Bates / A Lawrence rn                                3

---

|  | Last | First | Middle Initial |  |  |
|---|---|---|---|---|---|
| Name | Clemmons, Willie |  |  | Inmate # |  |
| Date | 2-19-08 | Allergies | NKDA |  | Facility |  |

Ibu 800 mg. Bid x 3 days

2/25/08

wo Dr. R. Roberson / S. Joseph

2

| Name | Last Clemmons | First Willie | Middle Initial | Inmate # |
|---|---|---|---|---|
| Date 1/21/08 | Allergies NKA | | | Facility Autauga Metro |

SIG.

Ibu 800mg BID x 3 days

NPO / Dr. Bates / P. Moates, LPN

1-21-08

2

Physician Signature: _____     4

---

| Name | Last Clemmons | First Willie | Middle Initial | Inmate # |
|---|---|---|---|---|
| Date 1-22-08 | Allergies _____ | | | Facility _____ |

SIG.

1) Get Medical Record.
2) Clonidine 0.1g PO BID X 3d
3) Baseline EKG

Physician Signature: _____     3

---

| Name | Last Clemmons | First Willie | Middle Initial | Inmate # |
|---|---|---|---|---|
| Date 1/29/08 | Allergies NKA | | | Facility Autauga Metro |

Ibu 800mg ÷ PO BID X 3 days
Put on dental list

NPO / Dr. Bates / P. Moates, LPN

2/11/08

2

2

QUALITY CORRECTIONAL HEALTH CARE
RELEASE OF INFORMATION AUTHORIZATION

*Willie Clemons*
(Clemons)
Name of Inmate

*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  1/10/49*
Inmate ID Number / Date of Birth

_____
Facility Releasing Information

*2/25/08*
Date

---

I hereby give my consent to QCHC and the above named facility to release the following information from my medical record to the facility/provider listed below:

(X) Records related to treatment of *Cardiac*
      from *2006* to *present*

(X) Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care.

( ) Admission Reports             ( ) Discharge Reports             ( ) Operative Summary Reports

( ) X-Ray Reports                 ( ) Special Studies Reports       ( ) Laboratory Reports

( ) Immunization History          ( ) Mental Health Reports         ( ) Psychiatric Summary Report

( ) Drug Treatment History and Counseling

( ) Other Records _____
    _____

---

*Autauga Metro Jail*
Facility/Provider to Receive Information

*334-358-4827*
Please Send Records to:

No Records Found ( )

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of person to whom it pertains.

---

I understand this authorization shall remain in full force and effect for the period of _____ from today's date unless withdrawn in writing by me.

I sign this willingly, and I release QCHC and the facility from any liability which may result from such release of information.

X *Willie Clemmons*
Inmate Signature

*2-25-08*
Date

_____
Witness

_____
Witness





# CONFIDENTIAL FACSIMILE COVER SHEET

If this facsimile is received in error, please notify Sender.

Date: 2/7/08                                  Pages (Including Cover Sheet) 2

To: _____            Sender: J Lawrence w/ Autauga Metro Jail

Fax Number: _____            Fax Number: 334 358-4827

Phone Number: _____      Phone Number: 334-361-2606

____Urgent    ____For Your Review    ____Reply ASAP    ____Please Comment

Comments: _____

_Autauga Metro Jail_

_No cardiac record at Baptist South_

_____

_____

_____

_____

*The Documents accompanying this transmission may contain confidential health information that is protected by law. This information is intended only for the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party.*

*If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited.*

BRIEFLY STATE THE PROBLEM YOU NEED ASSISTANCE WITH:

NOTE: If you follow instructions in preparing your request, it can be handled in a timely manner.
Failure to specifically state your request may result in no action being taken.

The medical STAFF is sending out for my medical Records in the wrong name by not spelling my name correctly my correct name is Willie J. Clemmons and not Willie J. Clemons

So I hope this information Will be some help to the medical STAFF in getting my medical Records so I can get the medical treatment I need as soon as Possible.

I thank you all for the time and consideration concerning this matter

INMATE NAME: _Willie J. Clemmon_   POD ASSIGNMENT: _____

***** DO NOT WRITE IN THIS SPACE *****

DISPOSITION:

_____

_____

_____

_____

OFFICER'S SIGNATURE _____        DATE _____

## QUALITY CORRECTIONAL HEALTH CARE
### RELEASE OF INFORMATION AUTHORIZATION

_Willie Clemmons_
Name of Inmate

_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_  _1/10/49_
Inmate ID Number / Date of Birth

_Dr. Thomas Woods_
Facility Releasing Information

_2/7/07_
Date

_Baptist Hosp Montg. 286-3xxx_

I hereby give my consent to QCHC and the above named facility to release the following information from my medical record to the facility/provider listed below:

(X) Records related to treatment of _Pace-maker_
from _2006_ to _present_

(X) Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care.

( ) Admission Reports        ( ) Discharge Reports        ( ) Operative Summary Reports

( ) X-Ray Reports        ( ) Special Studies Reports        ( ) Laboratory Reports

( ) Immunization History        ( ) Mental Health Reports        ( ) Psychiatric Summary Report

( ) Drug Treatment History and Counseling

( ) Other Records _____

_Autauga Metro Jail_
Facility/Provider to Receive Information

_334-358-4827_
Please Send Records to:

No Records Found ( )

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of person to whom it pertains.

I understand this authorization shall remain in full force and effect for the period of _____ from today's date unless withdrawn in writing by me.

I sign this willingly, and I release QCHC and the facility from any liability which may result from such release of information.

_Willie C Clemmons_        _2/7/08_
Inmate Signature        Date

_Lawrence W_
Witness        Witness

QUALITY CORRECTIONAL HEALTH CARE
RELEASE OF INFORMATION AUTHORIZATION

_Willie Clemons_
Name of Inmate

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  1/10/49
Inmate ID Number / Date of Birth

_Prattville Mental Health_
Facility Releasing Information

2/25/08
Date

_Autauga County_

I hereby give my consent to QCHC and the above named facility to release the following information from my medical record to the facility/provider listed below:

( ) Records related to treatment of _____
      from _____ to _____.

(X) Physician/Provider's summary of my diagnosis, (medications), treatments, prognosis and recent care.

( ) Admission Reports          ( ) Discharge Reports          ( ) Operative Summary Reports

( ) X-Ray Reports              ( ) Special Studies Reports    ( ) Laboratory Reports

( ) Immunization History       (X) Mental Health Reports      ( ) Psychiatric Summary Report

( ) Drug Treatment History and Counseling

( ) Other Records _____
    _____

_Autauga Metro Jail_
Facility/Provider to Receive Information

_334-358-4827_
Please Send Records to:

No Records Found ( )

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of person to whom it pertains.

I understand this authorization shall remain in full force and effect for the period of _____ from today's date unless withdrawn in writing by me.

I sign this willingly, and I release QCHC and the facility from any liability which may result from such release of information.

X _Willie Clemons_          2-25-08
Inmate Signature                Date

_____          _____
Witness                              Witness



## CONFIDENTIAL FACSIMILE COVER SHEET

If this facsimile is received in error, please notify Sender.

Date: _2/11/08_                          Pages (Including Cover Sheet) _2_

To: _Dr. Thomas Wools_   Sender: _Paula Moates, Ln_

Fax Number: _334-386-4175_   Fax Number: _334-358-4827_

Phone Number: _334-613-0807_   Phone Number: _334-361-2606_

_____ Urgent        _____ For Your Review        _____ Reply ASAP        _____ Please Comment

Comments: _____

_____ _Re: Willie Clemons_ _____

_____ _Attn: Gail_ _____

_____

_____

_____

_____

_____        **FAXED** _2/11/08_

_____

_____

*The Documents accompanying this transmission may contain confidential health information that is protected by law. This information is intended only for the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party.*

**If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited.**

## QUALITY CORRECTIONAL HEALTH CARE
### RELEASE OF INFORMATION AUTHORIZATION

*Willie Clemmons*                    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  1/10/49
Name of Inmate                       Inmate ID Number / Date of Birth

*Dr. Thomas Woods*                   2/7/08
Facility Releasing Information        Date

*Baptist Hosp Montg* 286-3343  613-0807

I hereby give my consent to QCHC and the above named facility to release the following information from my medical record to the facility/provider listed below;

(X) Records related to treatment of *Pace maker*
    from *2006* to *Present*

(X) Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care.

( ) Admission Reports          ( ) Discharge Reports        ( ) Operative Summary Reports

( ) X-Ray Reports              ( ) Special Studies Reports  ( ) Laboratory Reports

( ) Immunization History       ( ) Mental Health Reports    ( ) Psychiatric Summary Report

( ) Drug Treatment History and Counseling

( ) Other Records _____
    _____

*Autauga Metro Jail*
Facility/Provider to Receive Information

*334-358-4827*
Please Send Records to:

No Records Found ( )

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of person to whom it pertains.

I understand this authorization shall remain in full force and effect for the period of _____ from today's date unless withdrawn in writing by me.

I sign this willingly, and I release QCHC and the facility from any liability which may result from such release of information.

X *Willie C Clemmons*          2/7/08
Inmate Signature                Date

*J Lawrence RN*                 _____
Witness                         Witness

FAXED 2/7/08

ID:    #080129080244

D.O.B.: 01/10/1949    59 YEARS
MALE          BLACK
Meds:
Class:
Dr:     Bates
Tech:   Moates

Comment: standard ecg

| Vent. Rate: | 61 bpm |
| RR Interval: | 970 ms |
| PR Interval: | 150 ms |
| QRS Duration: | 82 ms |
| QT Interval: | 406 ms |
| QTc Interval: | 407 ms |
| QT Dispersion: | 54 ms |
| P-R-T AXIS: 65° | 67° | 36° |

*** CONSIDER ACUTE ST ELEVATION MI ***
Sinus rhythm
Poor R wave progression - probable normal variant
Anteroseptal ST elevation, CONSIDER ACUTE INFARCT

Abnormal ECG                    * Unconfirmed Analysis



L: 10 mm/mV
C: 10 mm/mV          QTc=Hodges

25 mm/s
STABLE 40 H

QCHC
**PHYSICIAN'S PROGRESS NOTES**

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 1/21/08 | | *(illegible handwritten notes)* |
| 2/27/08 | | *(illegible handwritten notes)* |

| NAME- LAST | FIRST | MIDDLE | DOB |
|------------|-------|--------|-----|
| Clemons | Willie | | |

Check one:    Dent_____    ___✓___ Medical    _____ Mental Health

Name: _Willie Clemons_    Inmate I.D. Number _____

Social Security No. _____

Housing Unit ___7___

Medical Problem (be specific): _____

I have chest pains, I suffer from
Lower stomach back pains, head aches
I need mental health medications, tooth ache

Inmate's Signature _Willie Clemons_ Date _____ Time _____

FOR MEDICAL UNIT USE ONLY

S: states, "I have regular BM's". Had chest pains
before coming in. Started having stomach pain
3 days ago.

O: T 97³ P 62 RR 18 BP 180/102 WT ___ Pulse Ox 98 %
c/o sharp pains around lower abdomen to
back. "10" pain. Sharp pains in chest "9."
Has pacemaker (L) chest area, pacemaker put in 2008.

A: ⌀ chest congestion noted. B/s x4 quad. ⌀
Pressure on chest. I/m states "I'm on mental
health meds, clesoryl, depakote.

P: Ibu 800mg BID X 3 days.

E: _____

Disposition: _____

Nursing Protocol: _R. Nortis, Ln_

Provider's Signature: _____ Date _1/21/08_ Time _____

Referred to Physician ⌐ Appointment Date _____ Time _____

JACKSON HOSPTIAL & CLINIC, INC.
1235 FOREST AVENUE
MONTGOMERY, ALABAMA  36106

CARDIAC CATHETERIZATION REPORT

Name:  CLEMMONS, WILLIE J                    Hosp No:  387963
Physician:  WOOL                              Room No: 319          Date:  1/7/91

PREOP DIAGNOSIS:  CHEST PAIN.

POSTOP DIAGNOSIS:  CHEST PAIN.

PROCEDURE:  LEFT HEART CATHETERIZATION, CORONARY AND LEFT VENTRICULAR CINEANGIOGRAPHY.

DESCRIPTION OF PROCEDURE:  THIS PATIENT WAS BROUGHT TO THE CARDIAC CATH LAB IN THE POSTAB-
SORPTIVE STATE.  LEFT HEART CATHETERIZATION WAS CARRIED OUT WITHOUT DIFFICULTY USING A
RIGHT FEMORAL ARTERIAL PERCUTANEOUS APPROACH WITH ROUTINE SELDINGER TECHNIQUE AND LOCAL 1%
XILOCAINE ANESTHESIA.  A #7 FRENCH SHEATH WAS INSERTED PERCUTANEOUSLY INTO THE RIGHT
FEMORAL ARTERY, ASPIRATED, FLUSHED AND SUTURED IN PLACE FOLLOWING WHICH THE PATIENT WAS
GIVEN 3000 UNITS OF HEPARIN INTRAVENOUSLY.  EACH TIME A NEW CATHETER WAS EITHER INTRODUCED
OR REMOVED, THIS WAS DONE OVER A J-TIPPED GUIDE WIRE WHOSE TIP WAS LEFT POSITIONED IN THE
DESCENDING AORTA.  A JUDKINS 4 RIGHT CORONARY CATHETER WAS ADVANCED ACROSS THE AORTIC
VALVE INTO THE LEFT VENTRICLE AND A PULL-BACK WAS RECORDED.  ROUTINE RIGHT AND LEFT JUD-
KINS STYLE CORONARY ANGIOGRAMS  WERE ACCOMPLISHED IN MULTIPLE  VIEWS WITHOUT DIFFICULTY.
A LEFT VENTRICULOGRAM WAS DONE IN THE RIGHT ANTERIOR OBLIQUE PROJECTION WITH A PIG-TAIL
CATHETER BY INJECTING 10ML OF CONTRAST PER SECOND TIMES FOUR SECONDS.  THE PIG-TAIL WAS
THEN WITHDRAWN OVER A GUIDE WIRE AND THE PATIENT WAS TAKEN TO THE HOLDING AREA WHERE THE
SHEATH WAS REMOVED AND PRESSURE WAS APPLIED FOR TWENTY MINUTES TILL BLEEDING CEASED.
THERE WERE NO APPARENT COMPLICATIONS.


1-7-91
JDB                                THOMAS J. WOOL, M.D.



EXHIBIT
B

LEFT VENTRICLE:  THE LEFT VENTRICLE IS OF NORMAL SIZE WITH NORMAL CONTRACTILITY.
THE MITRAL VALVE IS COMPETENT. A PACEMAKER LEAD IS PRESENT WITH ITS TIP TERMINATING IN THE
RIGHT VENTRICULAR APEX.

CONCLUSIONS:
1.  NORMAL CORONARY ARTERIOGRAMS.
2.  NORMAL LEFT VENTRICULOGRAM.

1-7-91
JDB                                   THOMAS J. WOOL, M.D.

## JACKSON HOSPITAL & CLINIC, INC.
### 1235 FOREST AVENUE
### MONTGOMERY, ALABAMA 36106

## CARDIAC CATHETERIZATION REPORT

Name: CLEMMONS, WILLIE                Hosp. No. 387963
Physician: WOOL                       Room No. 319          Date: 1/7/91
Age: 41    Sex: M    Wgt: 166    BSA: 1.89 $M^2$    Rhythm: SINUS BRADYCARDIA
Procedure: LHC
Angiocardiograms  CORONARY ANGIOGRAMS, LV GRAM
Diagnosis

| SITE | PRESSURE | | BLOOD $O_2$ CONTENT | | FICK DATA | REST | EXERCISE |
|---|---|---|---|---|---|---|---|
| | PHASIC | MEAN | VOL % | % SAT'N | O Consumption (ml/min/m²) | | |
| SVC | | | | | A-V Diff (ml100ml) | | |
| IVC | | | | | Systemic bld flow (l/min) | | |
| RT ATRIUM | | | | | Cardiac Index (L/min/m²) | | |
| RT VENT | | | | | Heart Rate | | |
| PUL ARTERY | | | | | THERMODILUTION DATA | | |
| PUL CAP | | | | | Systemic bld flow (L/min) | | |
| LT ATRIUM | | | | | Cardiac Index (L/min/m²) | | |
| LT VENT | | | | | RESISTANCES (DSC⁵) | | |
| AORTA | | | | | Pulmonary ___   Rp:Rs ___ | | |
| BRACH ART | | | | | Systemic | | |
| | | | | | SHUNT CALCULATION (L/Min) | | |
| | | | | | Systemic Blood flow ___ | | |
| | | | | | Pulmonary Blood flow ___ | | |
| ART $O_2$ CAP | | | | | R       L Shunt ___ | | |
| | | | | | L       R Shunt ___ | | |
| | | | | | Net Shunt ___ | | |
| | | | | | Qp:Qs: ___ | | |

| VALVE DATA | MITRAL | AORTIC | |
|---|---|---|---|
| Pk valve gradients (mmHg) | | | Grid Distance ___ |
| | | | LV Gram Heart Rate ___ |
| Mean valve gradients (mmHg) | | | Angiographic Ejection Fraction ___ |
| | | | Angiographic Cardiac Output ___ |
| Valve Areas (cm²) | | | TOTAL CONTRAST ___ |

COMMENTS AND CONCLUSIONS:

HEMODYNAMIC DATA:  THE RESTING LEFT HEART PRESSURES ARE NORMAL.

ANGIOGRAPHIC DATA:

RIGHT CORONARY ARTERY;  THE RIGHT CORONARY ARTERY IS DOMINANT AND FREE OF OBSTRUCTING LE-
SIONS.

LEFT MAIN CORONARY ARTERY:  NORMAL.

LEFT ANTERIOR DESCENDING CORONARY ARTERY:  NORMAL.

LEFT CIRCUMFLEX:  NORMAL.

Southeastern Cardiology Consultants, P. C.

PATIENT: CLEMMONS, WILLIE J.
CHART NO: 10320
DATE: 07/25/03
PAGE TWO

~~The patient underwent exercise testing. At peak exercise, the patient was~~
injected with 26.9 mCi TC 99 Myoview. The Myoview images showed
homogenous uptake of the trace distribution throughout the myocardium to
suggest normal perfusion throughout the myocardium.

CONCLUSION:

A. Negative dual isotope Myoview study.
B. Gated wall motion analysis in the resting stated showed normal
   wall motion.
C. The post stress ejection fraction derived from quantitative gated
   SPECT is 56%.

Kenneth J. Wool, M.D., F.A.C.C.

KJW/dec
D: 07/25/03
T: 07/28/03
Route Results To: Thomas J. Wool, M.D., F.A.C.C.
CC: Mark Sonnier, M.D. (Staton Correctional Facility)
Scan No: 03-1511
*****

```
*****
```

Southeastern Cardiology Consultants, P.C.
440 Taylor Road, Montgomery, Alabama 36117
(334) 265-7075

CHART   : 10320                          DATE: 07/25/2003
SSN     : 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                    DOB : 01-10-1949
PATIENT : CLEMMONS, WILLIE J             AGE : 54
DOCUMENT: Test Results

REQUESTING PHYSICIAN: Thomas J. Wool, M.D., F.A.C.C.

PRIMARY PHYSICIAN: Mark Sonnier, M.D. (Staton Correctional Facility)

### STRESS TEST REPORT

After obtaining informed consent, the patient was brought to the stress
lab where treadmill exercise testing was performed according to the Bruce
protocol.  Baseline data showed a resting heart rate of 68 beats per
minute with a resting blood pressure of 166/88 mmHg.  Resting EKG showed
sinus rhythm.

The patient exercised for 6 minutes in the Bruce protocol achieving a
maximum heart rate of 119 beats per minute which represents 75% predicted
maximum heart rate for 54 years of age.  Total exercise capacity was 7
mets.  Blood pressure rose to 218/106 mmHg.   The test was interrupted
because of fatigue.  There was no chest pain or any significant
arrhythmias on the EKG.  There were no exercise induced ischemic changes
in the EKG.

CONCLUSION:
1.   This test is considered clinically negative for exercise induced
     ischemia.
2.   To the level of exercise achieved, there are no ischemic changes
     in the EKG.
3.   Myoview was injected at peak exercise and images are pending.
4.   Hypertensive response to exercise.

Pervaiz Malik, M.D.

PAM/dec
D:   07/25/2003
T:   07/28/2003

### DUAL ISOTOPE MYOVIEW IMAGING REPORT

The patient was injected with 4.60 mCi Thallium at rest and images of the
myocardium were obtained.  There was homogenous uptake of tracer
distribution throughout the myocardium to suggest viable myocardium.

(continued)

CLEMMONS, WILLIE
ID:    10320
07/19/05 9:39:53

CLEMMONS, WILLIE
ID:    10320
07/19/05 9:39:

MALE
Loc:    1
Dr:    DRTOMWOOL
Tech:    SW

57 YEARS

| | |
|---|---|
| Vent. Rate: | 68 bpm |
| P Duration: | 96 ms |
| QRS Duration: | 80 ms |
| PR Interval: | 126 ms |
| QT Interval: | 376 ms |
| QTc Interval: | 390 ms |
| QT Dispersion: | 22 ms |
| P-R-T AXIS: | 71° 76° 69° |

Sinus rhythm

Normal ECG

* Unconfirmed Anal



SOUTHEASTERN CARDIOLOGY

Southeastern Cardiology Consultants, P.C.

Clemmons, Willie J.
Chart No.: 10320
February 17, 2004
Page Two

AV: Delay

After-sense: 140 ms.
After-pace: 200 ms.

V. PULSE:

Amplitude: 2.5 volts
Width: 0.40 ms.
Sensitivity: 4.0 mv.
Refractory: 230 ms.

A. PULSE:

Amplitude: 2.5 volts
Width: 0.46 ms.
Sensitivity: 1.4 mv.
PVARP: Auto

**IMPRESSION AND PLAN:** Normal DDDR pacing function. The only change made to the patient's device today was to slightly increase the atrial pulse width to allow for a greater safety margin. The patient is 66.4% a-sensed/v-sensed and 24.6% a-paced/v-sensed. He has had insignificant high rate episodes. He will continue his transtelephonic monitoring and return here in six months for a follow-up evaluation unless he is released from prison and then he will notify us of his whereabouts.

2/18/04 *C. Hamilton R—*
Cam Hamilton, R.N.

CH/TJW/slf
CC: SCD
DD: 2/17/04
DT: 2/17/04
*****

*****

Southeastern Cardiology Consultants, P.C.
2055 East South Blvd, Montgomery, Alabama 36116
(334) 613-0807

CHART   : 10320
SSN     : 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
PATIENT : CLEMMONS, WILLIE J
DOCUMENT: Clinic Note

DATE: 02/17/2004
DOB : 01-10-1949
AGE : 55

It was a pleasure seeing Mr. Clemmons today for his routine pacemaker evaluation. He denies any symptoms that would indicate pacemaker problems and his site is normal. He is still in prison but states that he will be released soon, possibly in August. This will be around the time of his next evaluation and the patient was asked to inform us, should he be released, of his whereabouts.

## PACEMAKER EVALUATION:

### PACEMAKER INFORMATION:

Type of Device: Medtronic
Model No.: Kappa KDR 701
Date Implanted: 7/24/2000

Battery Voltage: 2.74 volts
Atrial lead impedance: 669 ohms
Ventricular lead impedance: 974 ohms
Underlying rhythm: Sinus rhythm

### SENSITIVITY THRESHOLDS:

Atrial sensitivity: 1.4 to 2.0 mv.
Ventricular sensitivity: 11.2 to 15.68 mv.

### THRESHOLD CAPTURE MARGIN TEST:

Atrial amplitude: 0.75 volts @ 1 ms.
Atrial pulse width: 0.09 ms. @ 1.5 volts
Ventricular amplitude: 0.75 volts @ 1 ms.
Ventricular pulse width: 0.12 ms. @ 1.5 volts

### FINAL SETTINGS:
Mode: DDDR
Mode Switch: On
Lower Rate: 60
Upper Rate: 120

(continued)

Southeastern Cardiology Consultants, P.C.
Clemmons, Willie J.
Chart No: 10320
July 19, 2005
Page Two

PACEMAKER EVALUATION:  I interrogated and tested his pacemaker.  No changes were made in the programmed parameters which are as follows:  Mode DDDR.  Mode switch on. Detect rate 150.  Lower rate 60.  Upper rate 120.  AV paced and sensed intervals are 200 and 140.  Atrial lead amplitude 2.5, pulse width 0.46, sensitivity 1.40.  Ventricular lead amplitude 2.5, pulse width 0.64, sensitivity 4.0.  His underlying rhythm today is sinus.  Lead impedances are 647 RA and 846 RV.  He has an estimated 56 months of battery life remaining.  He has had rare mode switch episodes.  Underlying rhythm today is sinus.  His atrial amplitude threshold at 0.52 ms is 0.5 volts.  His atrial pulse width threshold at 2 volts is 0.03 ms.  P waves measure 1.4 to 2 mV and R waves 11 to 16 mV.

IMPRESSION AND PLAN:  Pacemaker function is normal and the patient has many years of remaining battery life.  His blood pressure is not well controlled.  On the consult form to be returned to the jail, I suggested that they add Norvasc 5 to 10 mg a day.


Thomas J. Wool, M.D., FACC, FSCAI


TJW/jb
CC:    Dr. Mark Sonnier
        Staton Correctional Facility

DD:    07/19/05
DT:    07/19/05
*****

```
*****
```

Southeastern Cardiology Consultants, P.C.
2055 East South Blvd, Montgomery, Alabama 36116
(334) 613-0807

CHART   : 10320                    DATE: 07/19/2005
SSN     :                          DOB  :
PATIENT : CLEMMONS, WILLIE J       AGE  : 56
DOCUMENT: CLINIC NOTE

PRIMARY PHYSICIAN:
Dr. Mark Sonnier
Staton Correctional Facility
P.O. Box 56
Elmore, AL 36025

PROBLEM LIST:
1.    Status post permanent pacemaker implantation 10/90, latest revision 07/2000.
2.    Hypertension.

MEDICATIONS: Atenolol 50 mg 1 qd and ASA coated 325 mg 1 qd.

**ALLERGIES: No known drug allergies.**

INTERVAL HISTORY: Mr. Clemmons comes in today for a pacemaker evaluation. He has no cardiac related complaints. He apparently told some people at the jail that his pacemaker had stopped working. He states that this was based on what he was told by an emergency room doctor in Prattville.

PHYSICAL EXAM:

VITAL SIGNS:    HT-  5' 8"
                WT-  150
                BP-  177/102 sitting; 179/08 standing.
                HR-  69

LUNGS: Clear.

CARDIAC EXAM: Regular rhythm, no murmur. No carotid bruits. No JVD or edema.

EKG: The 12-lead EKG is normal.

Continued…

## Southeastern Cardiology Consultants

Name: Willie J. Clemmons    Chart Number: 10320

DOB: 1-10-49    Primary MD: Nicholes

Allergies: None

| Date | Medication and Dosage | Date D/C | Comments |
|------|----------------------|----------|----------|
| 7/9/05 | atenolol 50mg T 9d | | |
| | ASA coated 325 mg T 9d | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |