IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

Willie James Clemmons, Jr.

    Plaintiff,

v.      CASE NO. 2:08-CV-160-WKW

Sheriff Herbie Johnson, et al.,

    Defendants,

RECEIVED
2008 APR 22  P 1:44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Dr. Johnny E. Bates, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Quality Correctional Healthcare, Inc. | President |

4/22/2008
Date

(Signature)
Wayne P. Turner
(Counsel's Name)

Johnny E. Bates
Counsel for (print names of all parties)
1505 Madison Avenue
Montgomery, AL 36107
Address, City, State Zip Code
(334) 420-6560
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

## CERTIFICATE OF SERVICE

I, Wayne P. Turner , do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 22nd day of April 20 08 to:

Willie J. Clemmons, Jr.

1417 County Road 161, Marbury, Alabama 36051


Sheriff Herbie Johnson

Autauga County Courthouse, 40 West 16th Street, Prattville, Alabama 36068


4/22/2008
Date

Signature