IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 APR 23  A 11: 38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| WILLIE JAMES CLEMMONS, JR., | * |
| Plaintiff, | * |
| vs. | * CASE NO. 2:08-CV-160-WKW |
| SHERIFF HERBIE JOHNSON, ET AL., | * |
| Defendants. | * |

## ANSWER TO COMPLAINT

COMES NOW, the Defendant, SHERIFF HERBIE JOHNSON and CORP. PATTON, in the above-styled cause, by and through their counsel, and for Answer to Complaint would state and aver as follows:

I. States that they are without sufficient information from which to form a belief as to the truth and veracity of Paragraph I of the Complaint, but would otherwise deny each and every allegation contained in same and demand strict proof thereof.

II. Denies that Plaintiff is currently in the Autauga County Metro Jail and would further state his whereabouts to be unknown to the Defendant..

III. Admits that the Plaintiff alleges claims against the stated Defendants, but would otherwise deny same and demand strict proof thereof.

IV. Admits that the Plaintiff alleges that a violation occurred on January 11, 2008 to the present date, but would otherwise deny same and demand strict proof thereof.

V. Denies the allegations contained in Paragraph V and would demand strict proof thereof.

VI. Denies the allegations contained in Paragraph VI and would demand strict proof thereof.

FOR FURTHER ANSWER,

1. Defendants deny the allegations made against them by the Plaintiff as said allegations are untrue and completely without basis in law or fact.

2. Defendants deny that they acted, or caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

3. The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

4. The Defendants raise the defenses of Eleventh Amendment immunity, qualified immunity, failure to exhaust grievance procedures and the Plaintiff's failure to comply with the Prison Litigation Reform Act.

5. The Defendants reserve the right to add additional defenses if any further pleading is required or allowed by the law.

J. ROBERT FAULK (FAU002)
Attorney for Defendants

OF COUNSEL:
McDOWELL, FAULK & McDOWELL, L.L.C.
Attorneys at Law
145 West Main Street
Prattville, AL 36067
(334) 365-5924      Telephone
(334) 365-6016      Facsimile
robert@mcdowellfaulk.com

CERTIFICATE OF SERVICE

I hereby certify that I have on the 23rd day of April, 2008 served a copy of the foregoing on Willie James Clemmons, Jr. by placing a copy of same in the U. S. Mail, postage prepaid and properly addressed as follows:

Willie James Clemmons, Jr.
Autauga County Metro Jail
136 North Court Street
Prattville, AL 36067

_____
J. ROBERT FAULK