IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
NORTHERN DIVISION

2008 APR 23  A 11: 39

DEBRA P. HACKETT, CLK
U. S. DISTRICT COURT
MIDDLE DISTRICT ALA.

WILLIE JAMES CLEMMONS, JR.,      *
                                 *
        Plaintiff,               *
                                 *
vs.                              *      CASE NO. 2:08-CV-160-WKW
                                 *
SHERIFF HERBIE JOHNSON, ET AL.,  *
                                 *
        Defendants.              *

## REPORT BY DEFENDANTS

COMES NOW the Defendants, HERBIE JOHNSON and CORP. PATTON, in the above-styled matter, by and through their counsel, and after a review of the subject matter of the Complaint provides to this Honorable Court a report as requested by Order dated March 11, 2008.

## A.  FACTS AND CIRCUMSTANCES

The Plaintiff, WILLIE JAMES CLEMMONS, JR., was incarcerated in the Autauga County Metro Jail awaiting trial for various charges dealing with Receiving Stolen Property, 1st degree, Theft of Property, 3rd degree, Possession of Forged Instrument, 2nd degree.

The Plaintiff's complaint appears to revolve around an allegation of being denied medical treatment, improper serving of food and improper meals.  See attached statement of Jail Warden Larry Nixon attached hereto as Exhibit "A" and which is made a part hereof and which provides the Defendant's  summary of the facts and circumstances surrounding this matter.  Also, see attached statement of Nurse Paula Moates attached hereto as Exhibit "B" and which is made a part hereof and which provides additional information concerning the facts and circumstances surrounding Plaintiff's claim of medical abuse.

At the present time, the Plaintiff is no longer in the Autauga County Metro Jail and the Defendants do not know his current whereabouts.

<u>B. CORRECTIVE ACTION BY PRISON OFFICIALS</u>

The Autauga County Sheriff's Office does not see a need to take any corrective action since it feels that its present policies and procedures dealing with inmate medical attention and menu are appropriate.

<u>C.  OTHER COMPLAINTS</u>

The other complaints known to the Defendants deal with a Complaint pending in this Court by the following individuals:

<u>Robert Lee Allen v. Autauga County Sheriff Dept., et al.</u>, under Civil Action No. 2:07-CV-982-WKW dealing with a claim of wrongful arrest.

The allegations in this Complaint do not appear to similar with the above such as to justify consolidation.

The Defendants claim the defenses of immunity and qualified immunity.

DATED: April 23, 2008.


J. ROBERT FAULK (FAU002)
Attorney for Defendants

OF COUNSEL:
McDOWELL, FAULK & McDOWELL, L.L.C.
Attorneys at Law
145 West Main Street
Prattville, AL 36067
(334) 365-5924          Telephone
(334) 365-6016          Facsimile
<u>robert@mcdowellfaulk.com</u>

CERTIFICATE OF SERVICE

I hereby certify that I have on the 23rd day of April, 2008 served a copy of the foregoing on Willie James Clemmons, Jr. by placing a copy of same in the U. S. Mail, postage prepaid and properly addressed as follows:

Willie James Clemmons, Jr.
Autauga County Metro Jail
136 North Court Street
Prattville, AL 36067

C. ROBERT FAULK



STATE OF ALABAMA

COUNTY OF AUTAUGA

BEFORE ME, the undersigned, a Notary Public in and for said County and State, personally appeared LARRY NIXON, whose name is signed to this Affidavit and who is know to me and who being by me first duly sworn, doth depose and say as follows:

My name is LARRY NIXON and I am a Deputy Sheriff for Autauga County, Alabama. I have been a Deputy Sheriff for 14 years. I am also the Chief Jailer for the Autauga County Metro Jail.

The purpose of this Affidavit is to provide to the Honorable Court the facts and circumstances surrounding a Complaint filed in this Court by WILLIE JAMES CLEMMONS, JR. by Civil Action No. 2:08-CV-160-WKW.

Willie James Clemmons, Jr. was an inmate in the Autauga County Metro Jail being held on a number of charges for Autauga County and the City of Prattville. He entered the Autauga County Metro Jail on January 17, 2008 and was bonded out on April 7, 2008. He files this Complaint with this Honorable Court alleging that he was denied medical treatment and was served an inadequate diet while an inmate in the Autauga County Metro Jail.

I provide the following information from my perspective and to address the concerns of Mr. Clemmons. Mr. Clemmons complained about not getting medicine and a pace maker. He was advised by the medical staff that he needed a machine to check the pace maker. He stated the machine was at his house and he could get his family to bring it to him. They never did.

He stated he had hepatitis C, but there is no treatment available for this. Furthermore, when the nurse initially did a physical on him, he did not even mention hepatitis C, although the intake form does mention high blood pressure, pace maker and hepatitis C. The nurse gave Mr. Allen his

blood pressure medicine (two types) and checked his blood pressure regularly.

During Mr. Clemmons' stay in the Autauga County Metro Jail, he complained of a scalp problem due to some shampoo and he was given treatment for this. He was taken to the dentist and given ibuprofen, as needed.

At one time, Mr. Clemmons claimed he fell, but this was checked out and he was found to have no injuries. He was given motrin for three (3) days.

As to Mr. Clemmons complaint about the food in the jail, we provide all inmates with nutritious meals. In addition, if they are not satisfied with the beverages provided, they can purchase kool-aide or sodas from the jail commissary. The food is served from food warmers; hence, the hot meals are always hot. The inmates are given their own eating utensils and are responsible for keeping them clean.

Mr. Clemmons was placed in a cell with other inmates, but the cell is located across from the guard station with two (2) cameras used to watch the inmates at all times.

For the Court's information, I am attaching as Exhibit "C" a copy of Mr. Clemmons' medical records.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this the 23rd day of April, 2008.

LARRY NIXON
Captain/Warden
Autauga Metro Jail

SWORN TO and SUBSCRIBED to before me on this the 23rd day of April, 2008

_____
NOTARY PUBLIC

My Commission Expires:

J. Robert Faulk
My Commission Expires
August 11, 2011

STATE OF ALABAMA

COUNTY OF AUTAUGA



BEFORE ME, the undersigned, a Notary Public in and for said County and State, personally appeared PAULA MOATES, whose name is signed to this Affidavit and who is know to me and who being by me first duly sworn, doth depose and say as follows:

My name is PAULA MOATES and I am a Nurse at the Autauga County Metro Jail. As such nurse, I am familiar with the medical records of Willie James Clemmons, Jr. These records are attached as Exhibit "C" to the Affidavit of Larry Nixon.

The purpose of this Affidavit is to provide to the Honorable Court the facts and circumstances surrounding a Complaint filed in this Court by WILLIE JAMES CLEMMONS, JR. by Civil Action No. 2:08-CV-160-WKW as it relates to Mr. Clemmons' medical condition.

Willie James Clemmons, Jr. was an inmate in the Autauga County Metro Jail having entered the Autauga County Metro Jail on January 17, 2008 and was bonded out on April 7, 2008. He files this Complaint with this Honorable Court alleging that he was denied medical treatment, among other things..

I provide the following information from my perspective and to address the concerns of Mr. Clemmons as they relate to his medical treatment. Mr. Clemmons complained about not getting medicine and a pace maker. He was advised by the medical staff that he needed a machine to check the pace maker. He stated the machine was at his house and he could get his family to bring it to him. They never did.

He stated he had hepatitis C, but there is no treatment available for this . Furthermore, when I initially did a physical on him, he did not even mention hepatitis C, although the intake form does mention high blood pressure, pace maker and hepatitis C. I gave Mr. Allen his blood pressure

medicine (two types) and checked his blood pressure regularly.

During Mr. Clemmons' stay in the Autauga County Metro Jail, he complained of a scalp problem due to some shampoo and he was given treatment for this. He was taken to the dentist and given ibuprofen, as needed.

At one time, Mr. Clemmons claimed he fell, but this was checked out and he was found to have no injuries. He was given motrin for three (3) days.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this the 23rd day of April, 2008.

_Paula Moates, LPN_

PAULA MOATES
Nurse
Autauga Metro Jail

SWORN TO and SUBSCRIBED to before me on this the 23rd day of April, 2008

_____
NOTARY PUBLIC

My Commission Expires:

J. Robert Faulk
My Commission Expires
August 11, 2011

H:\LIT\Autauga County\Clemmons.2008-188\Affidavit of Nurse Paula Moates.wpd

Name (Last, First, Middle Initial): Clemons, Willie
Date: 4/3/08    Allergies: NKDA
Inmate #:
Facility: Autauga Metro

SIG.
D/c Clonidine 0.1mg
Clonidine 0.2mg ÷ PO BID
HCTZ 25mg ÷ PO QD
P.O / Dr. Bates / P. Moates, LPN

Physician Signature:

4/7/08 √

DEFENDANT'S
EXHIBIT
C

4

---

Name (Last, First, Middle Initial): Clemons    Willie
Date: 4/5/08    Allergies: NKDA
Inmate #:
Facility: Autauga Metro

SIG.
Clonidine 0.2mg x1 dose
Re check B/p in 1 hour
P.O. / Dr. Bates / P. Moates, LPN

Physician Signature:

4/7/08 √

3

---

Name (Last, First, Middle Initial): Clemons, Willie
Date: 4/5/08    Allergies: NKDA
Inmate #:
Facility: Autauga Metro

SIG.
Norvasc 5mg ÷ PO QD
P.O / Dr. Bates / P. Moates, LPN

Physician Signature:

4/7/08 √

2

---

Name (Last, First, Middle Initial):
Date:    Allergies:
Inmate #:
Facility:

SIG.

Physician Signature:

1

Name _____ Clemm _____ Will _____ Middle Initial _____
Date ___ 3/24/08 ___ Allergies _____

Inmate # _____
Facility _____

SIG.

1) Selom Sterizen Gel tini meg
2) D/C Suicide Watch

noted
S. Trimbaga
3/24/08

Physician Signature: ___

4

---

Name _____ Clemmons, Willie _____ Middle Initial _____
Date 2/25/08 ___ Allergies _____

Inmate # _____
Facility ___ AMJ

SIG. Needs renewal of clonidine 0.1 mg po BID

2/25/08

Physician Signature: OK per V/O Dr Bates / A Lawrence RN

3

---

Name _____ Clemmons, Willie _____ Middle Initial _____
Date 2-19-08 ___ Allergies ___ NKDA.

Inmate # _____
Facility _____

Ibu 800 mg. Bid x 3 days

2/25/08

WO Dr. R. Roberson / S. Joseph

2

Clemmons,Willie                          01/29/2008 8:02:42
ID:   #08012908024

--- Warning: Data quality may affect interpretation ---
*** CONSIDER ACUTE ST ELEVATION MI ***
Sinus rhythm
Poor R wave progression - probable normal variant
Anteroseptal ST elevation, CONSIDER ACUTE INFARCT

Abnormal ECG                              * Unconfirmed Analysis *

| D.O.B.: 01/10/1949   59 YEARS | | |
|---|---|---|
| MALE              BLACK | | |
| Meds: | | |
| Class: | | |
| Dr:   Bates | | |
| Tech:  Moates | | |

| Vent. Rate: | 61 bpm |
|---|---|
| RR Interval: | 970 ms |
| PR Interval: | 150 ms |
| QRS Duration: | 82 ms |
| QT Interval: | 406 ms |
| QTc Interval: | 407 ms |
| QT Dispersion: | 54 ms |
| P-R-T AXIS: | 65°  67°  36° |

Comment: standard ecg



L: 10 mm/mV
C: 10 mm/mV

QTc=Hodges

Atria 3100 Int rev#2007/019T00w841          Serial #:A3100-003163

25 mm/s
STABLE 40 Hz

RUDDICK

Name _Clemons_ _Willie_ Last ___rst___ Middle Initial

Date _1/21/08_ Allergies _NKA_     Inmate # ___

Facility _Autauga Metro_

SIG.

Ibu  800mg  BID x 3 days

NPO / Dr. Bates / P. Moates, LPN

1-21-08

Physician Signature: _____     4

---

Name _Clemon_ _Willi_ Last   First   Middle Initial

Date _1-22-08_ Allergies ___     Inmate # ___

Facility ___

SIG.

1) Get Medical Record.

2) Clonidine 0.1mg PO BID X 3d

3) Baseline EKG.

Physician Signature: _____     3

---

Name _Clemons_ _Willie_ Last   First   Middle Initial

Date _1/29/08_ Allergies _NKA_     Inmate # ___

Facility _Autauga Metro_

Ibu  800mg ÷ PO BID X 3 days

Put on dental list

NPO / Dr. Bates / P. Moates, LPN

2/11/08

2

## QUALITY CORRECTIONAL HEALTH CARE
### RELEASE OF INFORMATION AUTHORIZATION

Willie Clemons *(Clemmons)*
Name of Inmate

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   1/10/49
Inmate ID Number / Date of Birth

Dr. Thomas Woods
Facility Releasing Information

2/25/08
Date

---

I hereby give my consent to QCHC and the above named facility to release the following information from my medical record to the facility/provider listed below:

(X) Records related to treatment of _Cardiac_

from _2006_ to _present_

(X) Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

( ) Admission Reports              ( ) Discharge Reports              ( ) Operative Summary Reports

( ) X-Ray Reports                  ( ) Special Studies Reports        ( ) Laboratory Reports

( ) Immunization History           ( ) Mental Health Reports          ( ) Psychiatric Summary Report

( ) Drug Treatment History and Counseling

( ) Other Records _____

_____

---

Autauga Metro Jail
Facility/Provider to Receive Information

334-358-4827
Please Send Records to:

No Records Found ( )

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of person to whom it pertains.

---

I understand this authorization shall remain in full force and effect for the period of _____ from today's date unless withdrawn in writing by me.

I sign this willingly, and I release QCHC and the facility from any liability which may result from such release of information.

Willie Clemmons
Inmate Signature

2-25-08
Date

Witness

Witness



## CONFIDENTIAL FACSIMILE COVER SHEET

*If this facsimile is received in error, please notify Sender.*

Date: _2/11/08_                          Pages (Including Cover Sheet) _2_

To: _Dr. Thomas Woods_    Sender: _Paula Moates, LPN_

Fax Number: _334-386-4175_    Fax Number: _334-358-4827_

Phone Number: _334-613-0807_    Phone Number: _334-361-2606_

_____ Urgent    _____ For Your Review    _____ Reply ASAP    _____ Please Comment

Comments: _____

_Re: Willie Clemons_

~~_Attn. Gail_~~

_613-0081    Attention Lacheryl._

_Faxed
3/19/08
dgm_

_FAXED
3/19/08_

*The Documents accompanying this transmission may contain confidential health information that is protected by law. This information is intended only for the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party.*

**If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited.**

U.S. Department of Justice
United States Marshals Service
*Middle District of Alabama*

## PRISONER MEDICAL ATTENTION NOTICE

You are required to notify this office when any federal prisoner is provided medical treatment outside the confines of the jail. Please provide this office with the following information by faxing this sheet to (334) 223-7309, ATTN: **Laura Irby**, with as advance notice as possible.

DATE: 3 -18 - 06

FROM: Autauga Metro _____ Jail     Fax # 1 - 334 - 358 - 4827

BY: Dr Bates _____ Telephone # 1 - 334 - 361 - 2606

PRISONER: Willie Robinson

MEDICAL PROBLEM: Mental Health

FACILITY TO BE TRANSPORTED TO: Dept Mental Health Eval

PRESCRIPTION: _____     ESTIMATED COST: _____

IS THIS AN EMERGENCY ? YES _____     (NO)
(If this is not an emergency, please obtain approval from USMS prior to transporting to medical facility)

APPROVED BY _____     DATE: _____
        (United States Marshals Service Representative)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
For Jail Facility Use Only

FACILITY TRANSPORTED TO: _____

SERVICES PERFORMED BY: _____

FOLLOW-UP APPOINTMENT DATE: _____

TRANSPORTING DEPUTIES/OFFICERS: _____

DATE TRANSPORTED: _____     TIME: _____

WHICH JAIL WAS INMATE RETURNED TO: _____

DATE RETURNED: _____     TIME: _____

TRANSPORTING DEPUTIES/OFFICERS: _____

COST FOR TREATMENT(estimated if not known): _____

QCHC
## PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 3/24/06 | | S- Pt _c_ laugh joke _c_ the nurse about not being suicidal and want to _con off_ suicidal watch. Stated he would never suicidal that he was just causing trouble. |
| | | O- VS stable. |
| | | A- WD WN bbl male in no distress psych - good r/l. Affect l. ∅ Depr ∅ suicidal idea. Reliable and signed no suicidal pact |
| | | P-) ∅ suicidal idea |
| | | 2) ruling |
| | | P-) Observe |
| | | 2) D/c Suicide Watch |

| NAME- LAST | FIRST | MIDDLE | DOB |
|------------|-------|--------|-----|
| Clemm | Willie | | |

# QCHC Treatment Refusal Form

I, _Willie Clemons_ refuse

medical treatment _Meds_

for the following condition(s) _____

This refusal is of my own free will and accord, and I will not enter into any type of litigation against QCHC, the County Sheriff, or any of their agents as a result of this refusal.

The essentials of my condition(s) and the treatment have been explained to me. I am not under the influence of drugs, and I accept the risks and responsibility for this decision.

I understand that to be treated for this condition in the future, I must submit a new request for services in the normal routine.

X _____    _____    _____
INMATE SIGNATURE                  DOB#            DATE

_Paula Moates, LR_    _3/22/08_ pm
Witness signature                 Date

The THIRD WITNESS signature is required <u>ONLY</u> if patient refuses treatment <u>AND</u> refuses to sign the release. All witnesses are attesting that the patient seems to understand the decision.

_Jeffrey Bradley A44_    _03/22/08_
3rd Witness signature             Date

## QCHC No Harm Contract

I, _Willie J Clemmons_, hereby agree that I will not harm myself in any way, attempt suicide, or die by suicide.

Furthermore, I agree that I will take the following actions if I am ever suicidal:

1.  I will remind myself that I can never, under any circumstances, harm myself in any way, attempt suicide, or die by suicide.

2.  I will notify a member of the jail or nursing staff if I am having suicidal thoughts.

X _Willie J. Clemmons_                          _3-24-08_
Patient Signature                               Date

_Deanna Tucker_                                 _3-24-08_
Staff Signature                                 Date

## QCHC Consent to Treatment

_____Willie Clemons_____    _____3/22/08_____
Name of Inmate                                          Date

_____1/10/49_____
Inmate ID Number/Date of Birth

I hereby give my consent to (site) Aentauga Metro , medical provider, QCHC, its employees, and agents to perform any diagnostic laboratory procedures, examinations, X-rays, oral or injected medications, or other procedures recommended by the physician.

I am aware the practice of medicine is not an exact science, and I acknowledge no guarantees have been made regarding the result of treatments or examinations performed by the Department's medical provider.

I also authorize the transfer of my medical records or copies of said records to any facility to which I am referred for treatment or to any other correctional facility to which I am transferred.

I understand I may withdraw this consent to any specific treatment by refusing the treatment or test.

I sign this willingly in full understanding of the above and release the_____, QCHC, and its medical provider, its employees, and agents from any and all liability that may arise from this action.

X Willie J. Clemmons    _____3/22/08_____
Inmate Signature                                      Date

Paula Montes, LP    _____3/22/08_____
Witness                                          Date

## QCHC Initial Inmate Health Assessment

**IDENTIFICATION:**

M.R. # _____     DATE _3/22/08_

NAME: _Willie Clemons_     D.O.B.: _1/10/49_

RACE _African American_     SEX _Male_     AGE _59_

NEXT OF KIN _Carrie Allen_     PHONE _358-9067_

FEMALE:     PARA _____     GRAV. _____     AB _____     LMP _____     BC _____

ALLERGIES: _NKDA_ _____

---

**PREVIOUS INCARCERATIONS: (facility & date)** _____

**HISTORY:**

| | | | | | |
|---|---|---|---|---|---|
| 1. ____ | HEART DISEASE | 6. ____ | DIABETES | 11. ____ | EYE DISEASE |
| 2. ____ | LUNG DISEASE | 7. ____ | HEPATITIS | 12. ____ | HYPERTENSION |
| 3. ____ | KIDNEY DISEASE | 8. ____ | VENEREAL DISEASE | 13. ____ | CANCER |
| 4. ____ | LIVER DISEASE | 9. ____ | SICKLE CELL | 14. ____ | PARASITES |
| 5. ____ | EPILEPSY | 10. ____ | ARTHRITIS | 15. ____ | RECTAL BLEED |

(1—POSITIVE; 0—NEGATIVE)

ABNORMAL FINDINGS: _____

MEDICAL HISTORY: _____

SURGICAL HISTORY: _3° _____

DENTAL HISTORY: _____

MENTAL HEALTH HISTORY: _____

---

**PHYSICAL EXAM:**

HT: _5'8_     WT: _150_     B/P: _142/18_     T: _97.8_     P: _74_     R: _20_

GENERAL APPEARANCE: _WNL_     O₂ Sat _99%_

DENTAL STATUS: _____

MENTAL STATUS: _____

| | | | | | |
|---|---|---|---|---|---|
| EYES | 0 | SCALP | 0 | BREASTS | 0 |
| EARS | | SKIN | | GENITALIA | |
| NOSE | | CHEST | | EXTREMITIES | |
| PHARYNX | | ABDOMEN | | GAIT | |

(1—ABNORMAL; 0—NORMAL)

ABNORMAL FINDINGS: _____

---

*continues*

## MENTAL HEALTH EVALUATION

Interview:

| | | Mental Status Assessment: | |
|---|---|---|---|
| History of psychiatric treatment | ✓ | Depressed | ✓ |
| Current psychotropic medication | ✓ | Suicidal | ✓ |
| Suicidal ideation or behavior | ✓ | Agitated | ✓ |
| Drug usage | D | Paranoid | ✓ |
| Alcohol usage | | Disoriented | 0 |
| Sex offenses | | Hallucinations | ✓ |
| Violent behavior | | Delusional | 0 |
| Victim of criminal violence | | Withdrawal | 0 |
| Special education placement | | Violent | |
| Cerebral trauma or seizures | | Other | |
| Response to incarceration | | | |

Comments: _____

## DENTAL SCREENING:

| | |
|---|---|
| No Apparent Disease | ⬭ |
| Dental Caries | ⬭ |
| Dentures, Partial | ⬭ |
| Gum Disease | ⬭ |
| Intra-Oral Lesions | ⬭ |

Comments: _____

## LABORATORY:

TBC SKIN TEST DONE PER JAIL HEALTH POLICY

HIV REQUESTED:        DATE _____     RESULT _____

HIV REQUESTED:        DATE _____     RESULT _____

## MISCELLANEOUS:

Comments: _____

_____ RN     Reviewed by: _____ MD

**QCHC**
**NURSE'S NOTES**

| DATE | TIME | |
|------|------|---|
| 3/22/08 | 1115 AM | During H&P, I asked I/m 3 times was he suicidal and he answered yes. Officer Matthews asked I/m one more time if he wanted to commit suicide and he stated, "Yes." I/m put into Isolation for observation. P. Moates, LA |
| 3/22/08 | 500 pm | At pill call, I/m refused to take his meds stating, "I ain't taking that, I ain't taking nothing from you lady." "Someone will be coming to see you in a couple of days." P. Moates, LA |
| 4/2/08 | 8 AM | Inmate stated he felt his blood pressure was high, has had several headaches in the past few days, he requested to have his pressure taken this am, brought on the Med officer. B/p 80/100 at this time. Inmate was told his B/p would be checked twice a week. Venece Trimble R. |
| 4/5/08 | 8 AM | I/m came to medical for routine B/P check. 2 1/52. Stated, "My head hurts a little." |
| | 1025 | I/m brought back to medical. MD ordered 0.2mg Clonidine X1 dose. Will recheck in one hour. |
| | 1130 AM | I/m B/p 148/118 P78. MD ordered Norvasc 5mg QD. P. Moates, LA |

| NAME- LAST | FIRST | MIDDLE | DOB |
|------------|-------|--------|-----|
| Clemons | Willie | | 1-10-49 |

**QUALITY CORRECTIONAL HEALTH CARE**
**RELEASE OF INFORMATION AUTHORIZATION**

Willie Clemons
Name of Inmate

122093
Inmate ID Number / Date of Birth

Staton Prison
Facility Releasing Information

3-18-08
Date

561-1538

I hereby give my consent to QCHC and the above named facility to release the following information from my medical record to the facility/provider listed below:

( ) Records related to treatment of ___Pace maker Check___
     from _____ to _____.

(✓) Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care.

( ) Admission Reports          ( ) Discharge Reports          ( ) Operative Summary Reports

( ) X-Ray Reports              (✓) Special Studies Reports    ( ) Laboratory Reports

( ) Immunization History       ( ) Mental Health Reports      ( ) Psychiatric Summary Report

( ) Drug Treatment History and Counseling

( ) Other Records _____

_____

Autauga Metro Jail
Facility/Provider to Receive Information

1-334-358-4827
Please Send Records to:

No Records Found ( )

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of person to whom it pertains.

I understand this authorization shall remain in full force and effect for the period of _____ from today's date unless withdrawn in writing by me.

I sign this willingly, and I release QCHC and the facility from any liability which may result from such release of information.

X Willie J. Clemmons          3-19-09
Inmate Signature               Date

Denese Trimble
Witness                        Witness

QUALITY CORRECTIONAL HEALTH CARE
RELEASE OF INFORMATION AUTHORIZATION

*Willie Clemmons*          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  1/10/49
Name of Inmate              Social ID Number / Date of Birth

*Dr. Thomas Woods*          2/7/07
Facility Releasing Information

*Baptist Hosp Mntg 286-3*

I hereby give my consent to QCHC and the above named facility to release the following information from my medical record to the facility/provider listed below;

(X) Records related to treatment of *Pace-maker*
from *2006* to *present*

(X) Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care.

( ) Admission Reports          ( ) Discharge Reports          ( ) Operative Summary Reports

( ) X-Ray Reports          ( ) Special Studies Reports          ( ) Laboratory Reports

( ) Immunization History          ( ) Mental Health Reports          ( ) Psychiatric Summary Report

( ) Drug Treatment History and Counseling

( ) Other Records _____

---

*Autauga Metro Jail*
Facility/Provider to Receive Information

*334-358-4827*
Please Send Records to:

No Records Found ( )

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of person to whom it pertains.

---

I understand this authorization shall remain in full force and effect for the period of _____
from today's date unless withdrawn in writing by me.                          *2/7/08*

I sign this willingly, and I release QCHC and the facility from any liability which may result from such release of information.

*Willie C Clemmons*          *2/7/08*
Inmate Signature              Date

*J Lawrence*                  _____
Witness                       Witness

## QUALITY CORRECTIONAL HEALTH CARE
### RELEASE OF INFORMATION AUTHORIZATION

_Willie Clemmons_    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  1/10/49
Name of Inmate          Inmate ID Number / Date of Birth

_Dr. Thomas Woods_          2/7/08
Facility Releasing Information       Date

_Baptist Hosp Montg._ 286-3343   613-0807

I hereby give my consent to QCHC and the above named facility to release the following information from my medical record to the facility/provider listed below:

(X) Records related to treatment of _Pace maker_
from _2006_ to _Present_

(X) Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care.

( ) Admission Reports          ( ) Discharge Reports          ( ) Operative Summary Reports

( ) X-Ray Reports          ( ) Special Studies Reports          ( ) Laboratory Reports

( ) Immunization History          ( ) Mental Health Reports          ( ) Psychiatric Summary Report

( ) Drug Treatment History and Counseling

( ) Other Records _____
_____

_Autauga Metro Jail_
Facility/Provider to Receive Information

_334-358-4827_
Please Send Records to:

No Records Found ( )

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of person to whom it pertains.

I understand this authorization shall remain in full force and effect for the period of _____ from today's date unless withdrawn in writing by me.

I sign this willingly, and I release QCHC and the facility from any liability which may result from such release of information.

X _Willie C Clemmons_     2/7/08
Inmate Signature          Date

_J Lawrence RN_          _____
Witness          Witness

FAXED
2/7/08
QV

Name: Willie Jr, Clemons   Inmate I.D. Number _____

Social Security No. _____

Housing Unit ___ W - 70 3

Medical Problem (be specific): I have A Tooth
Ache From 4 bad Teeth That need
To be Pull,

Inmate's Signature Willie Clemons   Date _____   Time _____

FOR MEDICAL UNIT USE ONLY

S: _____

O: T 97⁶ P 68 RR 20 BP 144/90 WT _____   Pulse Ox 99 %
broken tooth c̄ cavity (L) ↑ back

A: toothache

P: Ibu 800mg ī PO BID X 3days
Put on dental list

E: _____

Disposition: Paula Moates, LP   1/29/08

Nursing Protocol: _____

Provider's Signature: _____   Date _____   Time _____

Referred to Physician ⌐ Appointment Date _____   Time _____

RECEIVED 1/3/08



## CONFIDENTIAL FACSIMILE COVER SHEET

If this facsimile is received in error, please notify Sender.

Date: _2/7/08_____     Pages (Including Cover Sheet) _2_____

To: _____     Sender: _J Laurence RN Autauga Metro Jail_

Fax Number: _____     Fax Number: _334  358-4827_

Phone Number: _____     Phone Number: _334 -361 - 2606_

_____Urgent    _____For Your Review    _____Reply ASAP    _____Please Comment

Comments: _____

_____

_Autauga Metro Jail_____

_____

_____

_____

_____

_____

*The Documents accompanying this transmission may contain confidential health information that is protected by law. This information is intended only for the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party.*

**If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited.**

JACKSON HOSPTIAL & CLINIC, INC.
1235 FOREST AVENUE
MONTGOMERY, ALABAMA  36106

CARDIAC CATHETERIZATION REPORT

Name: CLEMMONS, WILLIE J                Hosp No:  387963
Physician: WOOL                         Room No: 319          Date:  1/7/91

PREOP DIAGNOSIS: CHEST PAIN.

POSTOP DIAGNOSIS:  CHEST PAIN.

PROCEDURE:  LEFT HEART CATHETERIZATION, CORONARY AND LEFT VENTRICULAR CINEANGIOGRAPHY.

DESCRIPTION OF PROCEDURE:  THIS PATIENT WAS BROUGHT TO THE CARDIAC CATH LAB IN THE POSTAB-
SORPTIVE STATE.  LEFT HEART CATHETERIZATION WAS CARRIED OUT WITHOUT DIFFICULTY USING A
RIGHT FEMORAL ARTERIAL PERCUTANEOUS APPROACH WITH ROUTINE SELDINGER TECHNIQUE AND LOCAL 1%
XYLOCAINE ANESTHESIA.  A #7 FRENCH SHEATH WAS INSERTED PERCUTANEOUSLY INTO THE RIGHT
FEMORAL ARTERY, ASPIRATED, FLUSHED AND SUTURED IN PLACE FOLLOWING WHICH THE PATIENT WAS
GIVEN 3000 UNITS OF HEPARIN INTRAVENOUSLY.  EACH TIME A NEW CATHETER WAS EITHER INTRODUCED
OR REMOVED, THIS WAS DONE OVER A J-TIPPED GUIDE WIRE WHOSE TIP WAS LEFT POSITIONED IN THE
DESCENDING AORTA.  A JUDKINS 4 RIGHT CORONARY CATHETER WAS ADVANCED ACROSS THE AORTIC
VALVE INTO THE LEFT VENTRICLE AND A PULL-BACK WAS RECORDED.  ROUTINE RIGHT AND LEFT JUD-
KINS STYLE CORONARY ANGIOGRAMS  WERE ACCOMPLISHED IN MULTIPLE  VIEWS WITHOUT DIFFICULTY.
A LEFT VENTRICULOGRAM WAS DONE IN THE RIGHT ANTERIOR OBLIQUE PROJECTION WITH A PIG-TAIL
CATHETER BY INJECTING 10ML OF CONTRAST PER SECOND TIMES FOUR SECONDS.  THE PIG-TAIL WAS
THEN WITHDRAWN OVER A GUIDE WIRE AND THE PATIENT WAS TAKEN TO THE HOLDING AREA WHERE THE
SHEATH WAS REMOVED AND PRESSURE WAS APPLIED FOR TWENTY MINUTES TILL BLEEDING CEASED.
THERE WERE NO APPARENT COMPLICATIONS.

1-7-91
JDB                                THOMAS J. WOOL, M.D.

LEFT VENTRICLE:   THE LEFT VENTRICLE IS OF NORMAL SIZE WITH NORMAL CONTRACTILITY.
THE MITRAL VALVE IS COMPETENT. A PACEMAKER LEAD IS PRESENT WITH ITS TIP TERMINATING IN THE
RIGHT VENTRICULAR APEX.

CONCLUSIONS:
1.   NORMAL CORONARY ARTERIOGRAMS.
2.   NORMAL LEFT VENTRICULOGRAM.


1-7-91
JDB                                THOMAS J. WOOL, M.D.

## JACKSON HOSPITAL & CLINIC, INC.
### 1235 FOREST AVENUE
### MONTGOMERY, ALABAMA 36106

## CARDIAC CATHETERIZATION REPORT

Name: CLEMMONS, WILLIE                     Hosp. No. 387963
Physician: WOOL                            Room No. 319           Date: 1/7/91
Age: 41    Sex: M    Wgt: 166    BSA: 1.89 M²    Rhythm: SINUS BRADYCARDIA
Procedure: LHC
Angiocardiograms CORONARY ANGIOGRAMS, LV GRAM
Diagnosis

| SITE | PRESSURE | | BLOOD O₂ CONTENT | | FICK DATA | REST | EXERCISE |
|------|----------|------|----------|----------|-----------|------|----------|
| | PHASIC | MEAN | VOL % | % SAT'N | O Consumption (ml/min/m²) | | |
| SVC | | | | | A-V Diff (ml100ml) | | |
| IVC | | | | | Systemic bld flow (l/min) | | |
| RT ATRIUM | | | | | Cardiac Index (L/min/m²) | | |
| RT VENT | | | | | Heart Rate | | |
| PUL ARTERY | | | | | THERMODILUTION DATA | | |
| PUL CAP | | | | | Systemic bld flow (L/min) | | |
| LT ATRIUM | | | | | Cardiac Index (L/min/m²) | | |
| LT VENT | | | | | RESISTANCES (DSC⁵) | | |

AORTA
BRACH ART

Pulmonary _____    Rp:Rs _____
Systemic

SHUNT CALCULATION (L/Min)
Systemic Blood flow        _____
Pulmonary Blood flow       _____
R        L Shunt           _____
L        R Shunt           _____
Net Shunt                  _____
Qp:Qs:                     _____

ART O₂ CAP

| VALVE DATA | MITRAL | AORTIC |
|------------|--------|--------|
| Pk valve gradients (mmHg) | | |
| Mean valve gradients (mmHg) | | |
| Valve Areas (cm²) | | |

Grid Distance                    _____
LV Gram Heart Rate               _____
Angiographic Ejection Fraction   _____
Angiographic Cardiac Output      _____
TOTAL CONTRAST                   _____

COMMENTS AND CONCLUSIONS:

HEMODYNAMIC DATA:  THE RESTING LEFT HEART PRESSURES ARE NORMAL.

ANGIOGRAPHIC DATA:

RIGHT CORONARY ARTERY:  THE RIGHT CORONARY ARTERY IS DOMINANT AND FREE OF OBSTRUCTING LE-SIONS.

LEFT MAIN CORONARY ARTERY:  NORMAL.

LEFT ANTERIOR DESCENDING CORONARY ARTERY:  NORMAL.

LEFT CIRCUMFLEX:  NORMAL.

Southeastern Cardiology Consultants, P. C.

PATIENT:  CLEMMONS, WILLIE J.
CHART NO:  10320
DATE:  07/25/03
PAGE TWO

The patient underwent exercise testing. At peak exercise, the patient was
injected with 26.9 mCi TC 99 Myoview.  The Myoview images showed
homogenous uptake of the trace distribution throughout the myocardium to
suggest normal perfusion throughout the myocardium.

CONCLUSION:
    A.    Negative dual isotope Myoview study.
    B.    Gated wall motion analysis in the resting stated showed normal
          wall motion.
    C.    The post stress ejection fraction derived from quantitative gated
          SPECT is 56%.

_____
        Kenneth J. Wool, M.D., F.A.C.C.

KJW/dec
D:  07/25/03
T:  07/28/03
Route Results To: Thomas J. Wool, M.D., F.A.C.C.
CC:  Mark Sonnier, M.D. (Staton Correctional Facility)
Scan No: 03-1511
*****

*****

Southeastern Cardiology Consultants, P.C.
440 Taylor Road, Montgomery, Alabama 36117
(334) 265-7075

CHART    : 10320                                  DATE: 07/25/2003
SSN      :  ███████                               DOB :  ███████
PATIENT  : CLEMMONS, WILLIE J                     AGE : 54
DOCUMENT : Test Results

**REQUESTING PHYSICIAN:** Thomas J. Wool, M.D., F.A.C.C.

**PRIMARY PHYSICIAN:** Mark Sonnier, M.D. (Staton Correctional Facility)

### STRESS TEST REPORT

After obtaining informed consent, the patient was brought to the stress lab where treadmill exercise testing was performed according to the Bruce protocol. Baseline data showed a resting heart rate of 68 beats per minute with a resting blood pressure of 166/88 mmHg. Resting EKG showed sinus rhythm.

The patient exercised for 6 minutes in the Bruce protocol achieving a maximum heart rate of 119 beats per minute which represents 75% predicted maximum heart rate for 54 years of age. Total exercise capacity was 7 mets. Blood pressure rose to 218/106 mmHg. The test was interrupted because of fatigue. There was no chest pain or any significant arrhythmias on the EKG. There were no exercise induced ischemic changes in the EKG.

CONCLUSION:
1. This test is considered clinically negative for exercise induced ischemia.
2. To the level of exercise achieved, there are no ischemic changes in the EKG.
3. Myoview was injected at peak exercise and images are pending.
4. Hypertensive response to exercise.

Pervaiz Malik, M.D.

PAM/dec
D:   07/25/2003
T:   07/28/2003

### DUAL ISOTOPE MYOVIEW IMAGING REPORT

The patient was injected with 4.60 mCi Thallium at rest and images of the myocardium were obtained. There was homogenous uptake of tracer distribution throughout the myocardium to suggest viable myocardium.

(continued)

CLEMMONS,WILLIE
ID:    10320
07/19/05 9:39:53

CLEMMONS,WILLIE
ID:    10320
07/19/05 9:39:

|  | 57 YEARS | Vent. Rate | 68 bpm |
|---|---|---|---|
| MALE |  | P Duration | 96 ms |
| Loc:    1 |  | QRS Duration: | 80 ms |
| Dr:    DRTOMWOOL |  | PR Interval: | 126 ms |
| Tech:    SW |  | QT Interval: | 376 ms |
|  |  | QTc Interval: | 390 ms |
|  |  | QT Dispersion: | 22 ms |
|  |  | P-R-T AXIS    71°    76°    69° | |

Sinus rhythm

Normal ECG                    * Unconfirmed Anal



L: 10 mm/mV
SOUTHEASTERN CARDIOLOGY
25
~STABLE

Southeastern Cardiology Consultants, P.C.

Clemmons, Willie J.
Chart No.: 10320
February 17, 2004
Page Two


AV: Delay

After-sense: 140 ms.
After-pace: 200 ms.

V. PULSE:

Amplitude: 2.5 volts
Width: 0.40 ms.
Sensitivity: 4.0 mv.
Refractory: 230 ms.

A. PULSE:

Amplitude: 2.5 volts
Width: 0.46 ms.
Sensitivity: 1.4 mv.
PVARP: Auto


**IMPRESSION AND PLAN:** Normal DDDR pacing function. The only change made to the patient's device today was to slightly increase the atrial pulse width to allow for a greater safety margin. The patient is 66.4% a-sensed/v-sensed and 24.6% a-paced/v-sensed. He has had insignificant high rate episodes. He will continue his transtelephonic monitoring and return here in six months for a follow-up evaluation unless he is released from prison and then he will notify us of his whereabouts.


2/18/04   Cam Hamilton, R.
Cam Hamilton, R.N.

CH/TJW/slf
CC: SCD
DD: 2/17/04
DT: 2/17/04
*****

\* \* \* \* \*

Southeastern Cardiology Consultants, P.C.
2055 East South Blvd, Montgomery, Alabama 36116
(334) 613-0807

CHART   : 10320                           DATE: 02/17/2004
SSN     : ▮▮▮▮▮▮                          DOB : ▮▮▮▮▮▮
PATIENT : CLEMMONS, WILLIE J              AGE : 55
DOCUMENT: Clinic Note

It was a pleasure seeing Mr. Clemmons today for his routine pacemaker evaluation. He denies any symptoms that would indicate pacemaker problems and his site is normal. He is still in prison but states that he will be released soon, possibly in August. This will be around the time of his next evaluation and the patient was asked to inform us, should he be released, of his whereabouts.

# PACEMAKER EVALUATION:

## PACEMAKER INFORMATION:

Type of Device: Medtronic
Model No.: Kappa KDR 701
Date Implanted: 7/24/2000

Battery Voltage: 2.74 volts
Atrial lead impedance: 669 ohms
Ventricular lead impedance: 974 ohms
Underlying rhythm: Sinus rhythm.

## SENSITIVITY THRESHOLDS:

Atrial sensitivity: 1.4 to 2.0 mv.
Ventricular sensitivity: 11.2 to 15.68 mv.

## THRESHOLD CAPTURE MARGIN TEST:

Atrial amplitude: 0.75 volts @ 1 ms.
Atrial pulse width: 0.09 ms. @ 1.5 volts
Ventricular amplitude: 0.75 volts @ 1 ms.
Ventricular pulse width: 0.12 ms. @ 1.5 volts

## FINAL SETTINGS:
Mode: DDDR
Mode Switch: On
Lower Rate: 60
Upper Rate: 120

(continued)

Southeastern Cardiology Consultants, P.C.
Clemmons, Willie J.
Chart No: 10320
July 19, 2005
Page Two

PACEMAKER EVALUATION:  I interrogated and tested his pacemaker.  No changes were made in the programmed parameters which are as follows:  Mode DDDR.  Mode switch on. Detect rate 150.  Lower rate 60.  Upper rate 120.  AV paced and sensed intervals are 200 and 140.  Atrial lead amplitude 2.5, pulse width 0.46, sensitivity 1.40.  Ventricular lead amplitude 2.5, pulse width 0.64, sensitivity 4.0.  His underlying rhythm today is sinus.  Lead impedances are 647 RA and 846 RV.  He has an estimated 56 months of battery life remaining.  He has had rare mode switch episodes.  Underlying rhythm today is sinus.  His atrial amplitude threshold at 0.52 ms is 0.5 volts.  His atrial pulse width threshold at 2 volts is 0.03 ms.  P waves measure 1.4 to 2 mV and R waves 11 to 16 mV.

IMPRESSION AND PLAN:  Pacemaker function is normal and the patient has many years of remaining battery life.  His blood pressure is not well controlled.  On the consult form to be returned to the jail, I suggested that they add Norvasc 5 to 10 mg a day.


Thomas J. Wool, M.D., FACC, FSCAI


TJW/jb
CC:    Dr. Mark Sonnier
       Staton Correctional Facility

DD:    07/19/05
DT:    07/19/05
*****

\*\*\*\*\*

Southeastern Cardiology Consultants, P.C.
2055 East South Blvd, Montgomery, Alabama 36116
(334) 613-0807

CHART    : 10320                           DATE: 07/19/2005
SSN      :    ███████                       DOB :  ████████
PATIENT  : CLEMMONS, WILLIE J              AGE : 56
DOCUMENT: CLINIC NOTE

PRIMARY PHYSICIAN:
Dr. Mark Sonnier
Staton Correctional Facility
P.O. Box 56
Elmore, AL 36025

PROBLEM LIST:
1.    Status post permanent pacemaker implantation 10/90, latest revision 07/2000
2.    Hypertension

MEDICATIONS:  Atenolol 50 mg 1 qd and ASA coated 325 mg 1 qd.

**ALLERGIES: No known drug allergies.**

INTERVAL HISTORY:  Mr. Clemmons comes in today for a pacemaker evaluation. He has no cardiac related complaints. He apparently told some people at the jail that his pacemaker had stopped working. He states that this was based on what he was told by an emergency room doctor in Prattville.

PHYSICAL EXAM:

VITAL SIGNS:      HT-   5' 8"
                  WT-   150
                  BP-   177/102 sitting; 179/08 standing.
                  HR-   69

LUNGS: Clear.

CARDIAC EXAM: Regular rhythm, no murmur. No carotid bruits. No JVD or edema.

EKG:  The 12-lead EKG is normal.

Continued...

## Southeastern Cardiology Consultants

**Name:** Willie J. Clemmons    **Chart Number:** 10320

**DOB:** 1-10-49    **Primary MD:** Nicholes

**Allergies:** None

| Date | Medication and Dosage | Date D/C | Comments |
|------|----------------------|----------|----------|
| 2/9/05 | atenolol 50mg T 9d. | | |
| | ASA coated 325 mg T 9d | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

JACKSON HOSPTIAL & CLINIC, INC.
1235 FOREST AVENUE
MONTGOMERY, ALABAMA   36106

CARDIAC CATHETERIZATION REPORT

Name: CLEMMONS, WILLIE J                    Hosp No:  387963
Physician: WOOL                            Room No: 319          Date:  1/7/91

PREOP DIAGNOSIS:  CHEST PAIN.

POSTOP DIAGNOSIS:  CHEST PAIN.

PROCEDURE:  LEFT HEART CATHETERIZATION, CORONARY AND LEFT VENTRICULAR CINEANGIOGRAPHY.

DESCRIPTION OF PROCEDURE:  THIS PATIENT WAS BROUGHT TO THE CARDIAC CATH LAB IN THE POSTAB-
SORPTIVE STATE.   LEFT HEART CATHETERIZATION WAS CARRIED OUT WITHOUT DIFFICULTY USING A
RIGHT FEMORAL ARTERIAL PERCUTANEOUS APPROACH WITH ROUTINE SELDINGER TECHNIQUE AND LOCAL 1%
XILOCAINE ANESTHESIA.   A #7 FRENCH SHEATH WAS INSERTED PERCUTANEOUSLY INTO THE RIGHT
FEMORAL ARTERY, ASPIRATED, FLUSHED AND SUTURED IN PLACE FOLLOWING WHICH THE PATIENT WAS
GIVEN 3000 UNITS OF HEPARIN INTRAVENOUSLY.   EACH TIME A NEW CATHETER WAS EITHER INTRODUCED
OR REMOVED, THIS WAS DONE OVER A J-TIPPED GUIDE WIRE WHOSE TIP WAS LEFT POSITIONED IN THE
DESCENDING AORTA.   A JUDKINS 4 RIGHT CORONARY CATHETER WAS ADVANCED ACROSS THE AORTIC
VALVE INTO THE LEFT VENTRICLE AND A PULL-BACK WAS RECORDED.   ROUTINE RIGHT AND LEFT JUD-
KINS STYLE CORONARY ANGIOGRAMS  WERE ACCOMPLISHED IN MULTIPLE  VIEWS WITHOUT DIFFICULTY.
A LEFT VENTRICULOGRAM WAS DONE IN THE RIGHT ANTERIOR OBLIQUE PROJECTION WITH A PIG-TAIL
CATHETER BY INJECTING 10ML OF CONTRAST PER SECOND TIMES FOUR SECONDS.   THE PIG-TAIL WAS
THEN WITHDRAWN OVER A GUIDE WIRE AND THE PATIENT WAS TAKEN TO THE HOLDING AREA WHERE THE
SHEATH WAS REMOVED AND PRESSURE WAS APPLIED FOR TWENTY MINUTES TILL BLEEDING CEASED.
THERE WERE NO APPARENT COMPLICATIONS.


1-7-91
JDB                                    THOMAS J. WOOL, M.D.

LEFT VENTRICLE:  THE LEFT VENTRICLE IS OF NORMAL SIZE WITH NORMAL CONTRACTILITY.
THE MITRAL VALVE IS COMPETENT. A PACEMAKER LEAD IS PRESENT WITH ITS TIP TERMINATING IN THE
RIGHT VENTRICULAR APEX.

CONCLUSIONS:
1.  NORMAL CORONARY ARTERIOGRAMS.
2.  NORMAL LEFT VENTRICULOGRAM.


1-7-91
JDB                                        THOMAS J. WOOL, M.D.

## JACKSON HOSPITAL & CLINIC, INC.
1235 FOREST AVENUE
MONTGOMERY, ALABAMA 36106

## CARDIAC CATHETERIZATION REPORT

Name: CLEMMONS, WILLIE          Hosp. No. 387963
Physician: WOOL                 Room No. 319          Date: 1/7/91
Age: 41   Sex: M   Wgt: 166   BSA: 1.89 M²   Rhythm: SINUS BRADYCARDIA
Procedure: LHC
Angiocardiograms: CORONARY ANGIOGRAMS, LV GRAM
Diagnosis

| SITE | PRESSURE | | BLOOD O₂ CONTENT | | FICK DATA | REST | EXERCISE |
|---|---|---|---|---|---|---|---|
| | PHASIC | MEAN | VOL % | % SAT'N | O Consumption (ml/min/m²) | | |
| SVC | | | | | A-V Diff (ml100ml) | | |
| IVC | | | | | Systemic bld flow (l/min) | | |
| RT ATRIUM | | | | | Cardiac Index (L/min/m²) | | |
| RT VENT | | | | | Heart Rate | | |
| PUL ARTERY | | | | | THERMODILUTION DATA | | |
| PUL CAP | | | | | Systemic bld flow (L/min) | | |
| LT ATRIUM | | | | | Cardiac Index (L/min/m²) | | |
| LT VENT | | | | | RESISTANCES (DSC⁵) | | |
| AORTA | | | | | Pulmonary _____   Rp:Rs _____ | | |
| BRACH ART | | | | | Systemic | | |

SHUNT CALCULATION (L/Min)
Systemic Blood flow _____
Pulmonary Blood flow _____
R          L Shunt _____
L          R Shunt _____
Net Shunt _____
Qp:Qs _____

ART O₂ CAP

| VALVE DATA | MITRAL | AORTIC | |
|---|---|---|---|
| Pk valve gradients (mmHg) | | | Grid Distance _____ |
| | | | LV Gram Heart Rate _____ |
| Mean valve gradients (mmHg) | | | Angiographic Ejection Fraction _____ |
| | | | Angiographic Cardiac Output _____ |
| Valve Areas (cm²) | | | TOTAL CONTRAST _____ |

COMMENTS AND CONCLUSIONS:

HEMODYNAMIC DATA:  THE RESTING LEFT HEART PRESSURES ARE NORMAL.

ANGIOGRAPHIC DATA:

RIGHT CORONARY ARTERY:  THE RIGHT CORONARY ARTERY IS DOMINANT AND FREE OF OBSTRUCTING LESIONS.

LEFT MAIN CORONARY ARTERY:  NORMAL.

LEFT ANTERIOR DESCENDING CORONARY ARTERY:  NORMAL.

LEFT CIRCUMFLEX:  NORMAL.

Southeastern Cardiology Consultants, P. C.

PATIENT:  CLEMMONS, WILLIE J.
CHART NO:  10320
DATE:  07/25/03
PAGE TWO

The patient underwent exercise testing. At peak exercise, the patient was injected with 26.9 mCi TC 99 Myoview.  The Myoview images showed homogenous uptake of the trace distribution throughout the myocardium to suggest normal perfusion throughout the myocardium.

CONCLUSION:
   A.    Negative dual isotope Myoview study.
   B.    Gated wall motion analysis in the resting stated showed normal wall motion.
   C.    The post stress ejection fraction derived from quantitative gated SPECT is 56%.

_____
      Kenneth J. Wool, M.D., F.A.C.C.

KJW/dec
D:  07/25/03
T:  07/28/03
Route Results To: Thomas J. Wool, M.D., F.A.C.C.
CC:  Mark Sonnier, M.D. (Staton Correctional Facility)
Scan No: 03-1511
*****

*****

Southeastern Cardiology Consultants, P.C.
440 Taylor Road, Montgomery, Alabama 36117
(334) 265-7075

CHART  : 10320                          DATE: 07/25/2003
SSN    :                                DOB :
PATIENT : CLEMMONS, WILLIE J            AGE : 54
DOCUMENT: Test Results

**REQUESTING PHYSICIAN:** Thomas J. Wool, M.D., F.A.C.C.

**PRIMARY PHYSICIAN:** Mark Sonnier, M.D. (Staton Correctional Facility)

### STRESS TEST REPORT

After obtaining informed consent, the patient was brought to the stress
lab where treadmill exercise testing was performed according to the Bruce
protocol. Baseline data showed a resting heart rate of 68 beats per
minute with a resting blood pressure of 166/88 mmHg. Resting EKG showed
sinus rhythm.

The patient exercised for 6 minutes in the Bruce protocol achieving a
maximum heart rate of 119 beats per minute which represents 75% predicted
maximum heart rate for 54 years of age. Total exercise capacity was 7
mets. Blood pressure rose to 218/106 mmHg. The test was interrupted
because of fatigue. There was no chest pain or any significant
arrhythmias on the EKG. There were no exercise induced ischemic changes
in the EKG.

**CONCLUSION:**
1. This test is considered clinically negative for exercise induced
   ischemia.
2. To the level of exercise achieved, there are no ischemic changes
   in the EKG.
3. Myoview was injected at peak exercise and images are pending.
4. Hypertensive response to exercise.

_____
Pervaiz Malik, M.D.

PAM/dec
D:   07/25/2003
T:   07/28/2003

### DUAL ISOTOPE MYOVIEW IMAGING REPORT

The patient was injected with 4.60 mCi Thallium at rest and images of the
myocardium were obtained. There was homogenous uptake of tracer
distribution throughout the myocardium to suggest viable myocardium.

(continued)

CLEMMONS, WILLIE
ID:    10320
07/19/05 9:39:53

CLEMMONS, WILLIE
ID:    10320
07/19/05 9:39:

MALE
Loc:    1
Dr:    DRTOMWOOL
Tech:    SW

57 YEARS

| | |
|---|---|
| Vent. Rate: | 68 bpm |
| P Duration: | 96 ms |
| QRS Duration: | 80 ms |
| PR Interval: | 126 ms |
| QT Interval: | 376 ms |
| QTc Interval: | 390 ms |
| QT Dispersion: | 22 ms |
| P-R-T AXIS: 71°  76°  69° | |

Sinus rhythm

Normal ECG

* Unconfirmed Anal



SOUTHEASTERN CARDIOLOGY

Southeastern Cardiology Consultants, P.C.

Clemmons, Willie J.
Chart No.: 10320
February 17, 2004
Page Two

AV: Delay

After-sense: 140 ms.
After-pace: 200 ms.

V. PULSE:

Amplitude: 2.5 volts
Width: 0.40 ms.
Sensitivity: 4.0 mv.
Refractory: 230 ms.

A. PULSE:

Amplitude: 2.5 volts
Width: 0.46 ms.
Sensitivity: 1.4 mv.
PVARP: Auto

**IMPRESSION AND PLAN:** Normal DDDR pacing function. The only change made to the patient's device today was to slightly increase the atrial pulse width to allow for a greater safety margin. The patient is 66.4% a-sensed/v-sensed and 24.6% a-paced/v-sensed. He has had insignificant high rate episodes. He will continue his transtelephonic monitoring and return here in six months for a follow-up evaluation unless he is released from prison and then he will notify us of his whereabouts.

2/18/04 *C. Hamilton R*

Cam Hamilton, R.N.

CH/TJW/slf
CC: SCD
DD: 2/17/04
DT: 2/17/04
*****

\* \* \* \* \*

Southeastern Cardiology Consultants, P.C.
2055 East South Blvd, Montgomery, Alabama 36116
(334) 613-0807

CHART   : 10320                          DATE: 02/17/2004
SSN     : ▮▮▮▮▮▮                          DOB : ▮▮▮▮▮▮
PATIENT : CLEMMONS, WILLIE J             AGE : 55
DOCUMENT: Clinic Note

It was a pleasure seeing Mr. Clemmons today for his routine pacemaker evaluation. He denies any symptoms that would indicate pacemaker problems and his site is normal. He is still in prison but states that he will be released soon, possibly in August. This will be around the time of his next evaluation and the patient was asked to inform us, should he be released, of his whereabouts.

# PACEMAKER EVALUATION:

## PACEMAKER INFORMATION:

Type of Device: Medtronic
Model No.: Kappa KDR 701
Date Implanted: 7/24/2000

Battery Voltage: 2.74 volts
Atrial lead impedance: 669 ohms
Ventricular lead impedance: 974 ohms
Underlying rhythm: Sinus rhythm.

## SENSITIVITY THRESHOLDS:

Atrial sensitivity: 1.4 to 2.0 mv.
Ventricular sensitivity: 11.2 to 15.68 mv.

## THRESHOLD CAPTURE MARGIN TEST:

Atrial amplitude: 0.75 volts @ 1 ms.
Atrial pulse width: 0.09 ms. @ 1.5 volts
Ventricular amplitude: 0.75 volts @ 1 ms.
Ventricular pulse width: 0.12 ms. @ 1.5 volts

## FINAL SETTINGS:
Mode: DDDR
Mode Switch: On
Lower Rate: 60
Upper Rate: 120

(continued)

Southeastern Cardiology Consultants, P.C.
Clemmons, Willie J.
Chart No: 10320
July 19, 2005
Page Two

PACEMAKER EVALUATION: I interrogated and tested his pacemaker. No changes were
made in the programmed parameters which are as follows: Mode DDDR. Mode switch on.
Detect rate 150. Lower rate 60. Upper rate 120. AV paced and sensed intervals are 200 and
140. Atrial lead amplitude 2.5, pulse width 0.46, sensitivity 1.40. Ventricular lead amplitude
2.5, pulse width 0.64, sensitivity 4.0. His underlying rhythm today is sinus. Lead impedances
are 647 RA and 846 RV. He has an estimated 56 months of battery life remaining. He has had
rare mode switch episodes. Underlying rhythm today is sinus. His atrial amplitude threshold at
0.52 ms is 0.5 volts. His atrial pulse width threshold at 2 volts is 0.03 ms. P waves measure 1.4
to 2 mV and R waves 11 to 16 mV.

IMPRESSION AND PLAN: Pacemaker function is normal and the patient has many years of
remaining battery life. His blood pressure is not well controlled. On the consult form to be
returned to the jail, I suggested that they add Norvasc 5 to 10 mg a day.


Thomas J. Wool, M.D., FACC, FSCAI


TJW/jb
CC:    Dr. Mark Sonnier
       Staton Correctional Facility

DD:    07/19/05
DT:    07/19/05
*****

*****

Southeastern Cardiology Consultants, P.C.
2055 East South Blvd, Montgomery, Alabama 36116
(334) 613-0807

CHART   : 10320                         DATE : 07/19/2005
SSN     :                               DOB :
PATIENT : CLEMMONS, WILLIE J            AGE : 56
DOCUMENT: CLINIC NOTE

PRIMARY PHYSICIAN:
Dr. Mark Sonnier
Staton Correctional Facility
P.O. Box 56
Elmore, AL 36025

PROBLEM LIST:
1.    Status post permanent pacemaker implantation 10/90, latest revision 07/2000.
2.    Hypertension.

MEDICATIONS: Atenolol 50 mg 1 qd and ASA coated 325 mg 1 qd.

ALLERGIES: No known drug allergies.

INTERVAL HISTORY: Mr. Clemmons comes in today for a pacemaker evaluation. He has no cardiac related complaints. He apparently told some people at the jail that his pacemaker had stopped working. He states that this was based on what he was told by an emergency room doctor in Prattville.

PHYSICAL EXAM:

VITAL SIGNS:       HT-   5' 8"
                   WT-   150
                   BP-   177/102 sitting; 179/08 standing.
                   HR-   69

LUNGS: Clear.

CARDIAC EXAM: Regular rhythm, no murmur. No carotid bruits. No JVD or edema.

EKG: The 12-lead EKG is normal.

Continued...

# Southeastern Cardiology Consultants

**Name:** Willie J. Clemmons     **Chart Number:** 10320

**DOB:** 1-10-49     **Primary MD:** Nicho들es

**Allergies:** None

| Date | Medication and Dosage | Date D/C | Comments |
|------|----------------------|----------|----------|
| 2/9/05 | atenolol 50mg T 9d. | | |
| | ASA coated 325 mg T 9d | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# QCHC Off-Site Consultation Request

FROM:  Autauga County Jail
       Phone Number:  (334) 358-3729  Ext: 226
       Fax: (334) 358-4827

BILL TO:  QCHC, Inc.
     200 Narrows Parkway, Suite A
     Birmingham, AL 35242
     Corporate Number (205) 437-1512

Date & Time: _2/19 '08  1100 AM_  Patient's Name: _Willie Clemons_

DOB: _1/10/49_  SS #: _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_  Sex: (M) F  Inmate Loc: _7_

Site Contact: _Paula Moates, LVL_  Off-Site Facility: _Dr. Roberson_

Off-Site Address & Phone # _365-2238_

---

Complaint/Significant Medical Data (Chronic conditions, allergies, current meds, lab & x-ray results, treatments, etc.) _____

_CC: pain U.L._
_DX: broken infected #12, 13_

---

. **Instructions to Off-Site Provider:** Authorization is provided ONLY for requested procedure and treatment of life-threatening conditions.  Prior approval from QCHC's Medical Director is required for additional procedures or hospitalization.  Failure to notify the medical contact person may result in reduced benefits and/or possible denial of payment.  Because of security concerns, inmates must NOT be informed of follow-up appointments or possible hospitalization.  Please note we have a NO NARCOTIC policy.  Complete bottom portion of this Off-Site Consultation form and return in a sealed envelope with the Correctional Officer when the inmate is returned to the facility or fax to the site fax number listed above.  Authorization for payment of services in only guaranteed during the time of actual confinement of the inmate under the custody of the above listed jail/prison and under the terms of our County contract.

Significant Findings/Tests Completed/Diagnosis: _TR_

Treatment Provided: _TX: 3-C-ext #12-13_

Orders/Recommendations: _Rx Ibuprofen 800 mg pid X 3day_
_✓ 2/26/08_

Date/Time: _19 Feb 08_  _____ MD

BRIEFLY STATE THE PROBLEM YOU NEED ASSISTANCE WITH:
NOTE: If you follow instructions in preparing your request, it can be handled in a timely manner.
Failure to specifically state your request may result in no action being taken.

The medical STAFF is sending out for my
medical Records in the wrong name by not
spelling my name correctly my correct name
is Willie J. Clemmons and not Willie J. Clemons

So I hope this information will be some
help to the medical STAFF in getting my
medical Records so I can get the medical
treatment I need as soon as possible.

I thank you all for the time and
consideration concerning this matter

INMATE NAME: _Willie J. Clemmons_    POD ASSIGNMENT: _____

***** DO NOT WRITE IN THIS SPACE *****

DISPOSITION:

_____

_____

_____

OFFICER'S SIGNATURE _____    DATE _____



## CONFIDENTIAL FACSIMILE COVER SHEET

*If this facsimile is received in error, please notify Sender.*

Date: _2/11/08_                     Pages (Including Cover Sheet) _2_

To: _Dr. Thomas Wools_    Sender: _Paula Moates, LP_

Fax Number: _334-386-4175_    Fax Number: _334-358-4827_

Phone Number: _334-613-0807_    Phone Number: _334-361-2606_

____Urgent    ____For Your Review    ____Reply ASAP    ____Please Comment

Comments: _____

_____ Re: Willie Clemons _____

_____ ~~Attn. Gail~~ _____

_613-0081_ _Attention_ _____

_____ _Lacheryl_ _____

_____

_____

**FAXED** *2/11/08*

_____

*The Documents accompanying this transmission may contain confidential health information that is protected by law. This information is intended only for the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party.*

**If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited.**

QUALITY CORRECTIONAL HEALTH CARE
RELEASE OF INFORMATION AUTHORIZATION

*Willie Clemons*
Name of Inmate *(Clemons)*

*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  1/10/49*
Inmate ID Number / Date of Birth

*Dr Thomas Woods*
Facility Releasing Information

*2/25/08*
Date

I hereby give my consent to QCHC and the above named facility to release the following information from my medical record to the facility/provider listed below:

(X) Records related to treatment of *Cardiac*
        from *2006* to *Present*

(X) Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care.

( ) Admission Reports          ( ) Discharge Reports          ( ) Operative Summary Reports

( ) X-Ray Reports              ( ) Special Studies Reports    ( ) Laboratory Reports

( ) Immunization History       ( ) Mental Health Reports      ( ) Psychiatric Summary Report

( ) Drug Treatment History and Counseling

( ) Other Records _____
    _____

*Autauga Metro Jail*
Facility/Provider to Receive Information

*334-358-4827*
Please Send Records to:

No Records Found ( )

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of person to whom it pertains.

I understand this authorization shall remain in full force and effect for the period of _____ from today's date unless withdrawn in writing by me.

I sign this willingly, and I release QCHC and the facility from any liability which may result from such release of information.

X *Willie Clemons*
Inmate Signature

*2-25-08*
Date

*J Lawrence Rn*
Witness

_____
Witness

## PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 3/18/08 | 8:30 Am | Response to all questions concerning medical records, today Mr Clemons was told all request for his medical records were not answered by the provider, Suggested to Mr Clemons, have pace maker machine brought to jail so we can start testing here ———— Nurse Tucker |
| 3/19/08 | 11:30 Am | Received medical records from Dr Doody office, reviewed by Jane Lawrence, records faxed to Dr Doody also spoke to inmate, to concerns of checking pacemaker, will write to family member to bring machine so we will be able to continue checks ———— J Tucker R |

| NAME- LAST | FIRST | MIDDLE | DOB |
|------------|-------|--------|-----|
| Clemmons, Willie | | | |





## CONFIDENTIAL FACSIMILE COVER SHEET

*If this facsimile is received in error, please notify Sender.*

Date: 2/7/08

Pages (Including Cover Sheet) 2

To: _____

Sender: J Lawrence w/ Autauga Metro Jail

Fax Number: _____

Fax Number: 334 358-4827

Phone Number: _____

Phone Number: 334-361-2606

____ Urgent     ____ For Your Review     ____ Reply ASAP     ____ Please Comment

Comments: _____

Autauga Metro Jail

No cardiac record at Baptist South

*The Documents accompanying this transmission may contain confidential health information that is protected by law. This information is intended only for the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party.*

**If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited.**

## QCHC SICK CALL REQUEST

Check one: _____ Dental _____ ✓Medical _____ ✓Mental Health

Name: _Willie Clemons_____ Inmate I.D. Number _____

Social Security No._____

Housing Unit_____

Medical Problem (be specific): _I am haveing Pains From broken Tooth that was left in my Gums by the Dentist. I am suffering From chest Pains due to the Fact that I need nitro medication and A new pace make Replacement, I need my mental Health medication and Hepatitis ͨ Treatment._

Inmate's Signature _Willie Clemons_____ Date _3-25-08_ Time_____

---

FOR MEDICAL UNIT USE ONLY

S: _____

_____

_____

O: T_____ P_____ RR_____ BP_____ WT_____ Pulse Ox_____%

_____

_____

_____

A: _____

_____

P: _Obtain MH records & medical records_____

_____

E: _____

_____

_____

Disposition:_____

_____

Nursing Protocol: _____

Provider's Signature: _____ Date _____ Time_____

Referred to Physician ☐ Appointment Date _____ Time_____

## QCHC SICK CALL REQUEST

Check one: _____ Dental    ✓ Medical    _____ Mental Health

Name: _Willie Clemons_    Inmate I.D. Number _____

Social Security No. _7_

Housing Unit _____

Medical Problem (be specific): _I had A black out and getting out oF bed and slip and down and hurt my back an neck I also need blood P. pills, foR my H, blood P._

Inmate's Signature _Willie J. Clemons_ Date _2-26-08_ Time _____

---

FOR MEDICAL UNIT USE ONLY

S: _"Dr pulled my tooth & left some in there. I need some pain pills"_

O: T _98³_ P _83_ RR _20_ BP _140/90_ WT _____ Pulse Ox _98_ %

A: _____

P: _Motrin 800 mg BID X 3 days_

E: _____

Disposition: _____

Nursing Protocol: _____

Provider's Signature: _Lawrence RN_ Date _2/26/08_ Time _____

Referred to Physician _____ Appointment Date _____ Time _____

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Clonidine 0.1mg BID X 30 days | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 400mg PO BID X 7 days | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IBU 800mg Bid X 3 days | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clonidine 0.1mg po BID | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 800mg BID X 3 days | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ARTING FOR 2/1/08     THROUGH 2/29/08

Physician

Physician

Telephone No.

Alt. Telephone

rgies

Rehabilitative Potential

gnosis

Medicaid Number     Medicare Number

Medical Record No.

Approved By Doctor:

By:     Title:     Date:

ESIDENT  Clemmons, Willie

D.O.B.     Sex     Room # 7     Patient Code     Admission Date

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ibuprofen 800mg BID x 3 days | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baseline EKG | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clonidine 0.1mg PO BID x 30 days | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ibu 800mg ÷ PO BID x 3 days | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

STARTING FOR 1/21/08    THROUGH 1/31/08

Physician

Physician    Telephone No.    Medical Record No.

Allergies    Alt. Telephone

Diagnosis    Rehabilitative Potential

Medicaid Number    Medicare Number    Approved By Doctor:

By:    Title:    Date:

RESIDENT    Clemons, Willie    D.O.B.    Sex    Room #    Patient Code    7    Admission Date

Name: Willie J. Clemmons    Inmate I.D. Number _____

Social Security No. 4/8-74-8362

Housing Unit W-703

Medical Problem (be specific): (1) I need medication for a bad teeth that need pulling (2) I can't sleep at nigh (3) hearing voices I need my mental health medication, (5) I need my pacemaker monitoring (4) my blood Pre, is high all the time

Inmate's Signature Willie J. Clemmon Date 1-6-08    Time _____

FOR MEDICAL UNIT USE ONLY

S: _____

_____

O: T 97² P 71 RR 20 BP 142/88 WT _____ Pulse Ox 99 %

_____

_____

A: _____

_____

P: On Dental List c̄ Appt
Metrin 400 mg BID X 7days  J Lawrence RN
Obtain records c̄

E: _____ faxed request 2/7/08

_____

Disposition: _____

Nursing Protocol: _____

Provider's Signature: J Lawrence RN Date 2/8/08    Time _____

Referred to Physician    Appointment Date _____    Time _____

## QCHC SICK CALL REQUEST

Check one: ___✓___ Dental _____ Medical _____ Mental Health

Name: Willie J. Clemons    Inmate I.D. Number _____

Social Security No. _____

Housing Unit D-725 _____

Medical Problem (be specific): I need nitro medicaltion FoR
FoR my haRt, I need A new Pace MAKER FoR my haRt,
I need my mentAl Heath because I Can sleeP and
Medication
I heaR voices, I ALso need my old montoRinsed, I need medicati
pace MAKER
FoR A paining Tooth OR

Inmate's Signature Willie J. Clemons Date 2-18-08 Time _____

FOR MEDICAL UNIT USE ONLY

S: _____

_____

_____

O: T_____ P_____ RR_____ BP_____ WT_____ Pulse Ox_____%

_____

_____

_____

A: _____

_____

P: _____

_____

E: _____     2/19/02

_____

Disposition: _____

Nursing Protocol: _____

Provider's Signature: _____ Date _____ Time _____

Referred to Physician ⌐ Appointment Date _____ Time _____

## QCHC SICK CALL REQUEST

Check one: _____ Dental    _____ Medical    _____ Mental Health

Name: Willie J. Clemmons    Inmate I.D. Number _____

Social Security No. _____

Housing Unit _____

Medical Problem (be specific): I still have tooth aches because I still have a tooth to be pulli. I still need my page maker Replacement and mouthRinsed, I also needs my mental Health medication, my neck and back Pains

Inmate's Signature Willie Clemmon Date 2-4-08 Time _____

FOR MEDICAL UNIT USE ONLY

S: _____
_____
_____

O: T_____ P_____ RR_____ BP_____ WT_____ Pulse Ox_____%
_____
_____
_____

A: _____
_____

P: _____
_____

E: _____
_____

Disposition: _____

Nursing Protocol: _____

Provider's Signature: _____ Date _____ Time _____

Referred to Physician ⌐ Appointment Date _____ Time _____

## QUALITY CORRECTIONAL HEALTH CARE
## RELEASE OF INFORMATION AUTHORIZATION

*Willie Clemons*                    418 - 74 - 8266   1/10/49
Name of Inmate                      Inmate ID Number / Date of Birth

*Prattville Mental*                 2/25/08
Facility Releasing Information *Health*   Date

*Autauga County*

I hereby give my consent to QCHC and the above named facility to release the following information from my medical record to the facility/provider listed below:

( ) Records related to treatment of _____
      from _____ to _____.

(X) Physician/Provider's summary of my diagnosis, (medications), treatments, prognosis and recent care.

( ) Admission Reports          ( ) Discharge Reports          ( ) Operative Summary Reports

( ) X-Ray Reports              ( ) Special Studies Reports    ( ) Laboratory Reports

( ) Immunization History       (X) Mental Health Reports      ( ) Psychiatric Summary Report

( ) Drug Treatment History and Counseling

( ) Other Records _____
_____

*Autauga Metro Jail*
Facility/Provider to Receive Information

_____334 - 358 - 4827_____
Please Send Records to:

No Records Found ( )

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of person to whom it pertains.

I understand this authorization shall remain in full force and effect for the period of _____ from today's date unless withdrawn in writing by me.

I sign this willingly, and I release QCHC and the facility from any liability which may result from such release of information.

X *Willie Clemmons*          *2-25-08*
Inmate Signature                  Date

_____    _____
Witness                           Witness

DOC

**PHYSICIAN'S PROGRESS NOTES**

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 1/21/08 | | S - Pt _c_ 4° sharp chest pain and hx _(illegible)_ |
| | | ~~c 15 bp~~ A Dism distress of breath. Ø palpit. |
| | | Unable to give us much in the way of medical |
| | | history |
| | | O - BP 147/110 P 60 R 20 Afbr Sat 99% |
| | | _(illegible)_ WD thin, _(illegible)_ male in no distress |
| | | lying _(illegible)_ |
| | | Heart RRR |
| | | mild chest wall tender |
| | | A 1) Hx of Hypertn |
| | | 2) Hx of Mental Health Disea |
| | | P - 1) Obtn _(illegible)_ _(illegible)_ |
| | | 2) O _(illegible)_ |
| | | 3) Baseline EKG |
| | | _(signature)_ |
| | | |
| 2/27/08 | | S - Pt _c_ 4° _(illegible)_ states that he had his |
| | | _(illegible)_ replaced in 2000. |
| | | O. Both _(illegible)_ gum _(illegible)_ |
| | | Pulm - last EKG and _(illegible)_ _(illegible)_ |
| | | _(illegible)_ _(illegible)_ Pulse by 65. |
| | | A 1) Fx tooth |
| | | 2) _(illegible)_ |
| | | P - 1) F/u _(illegible)_ _c_ Dentist |
| | | |
| | | _(signature)_ |
| | | |

| NAME- LAST | FIRST | MIDDLE | DOB |
|------------|-------|--------|-----|
| Clemons | Willie | | |

Check one: _____ Dental ___✓___ Medical _____ Mental Health

Name: Willie Clemons   Inmate I.D. Number _____

Social Security No. _____

Housing Unit _____7_____

Medical Problem (be specific): _____

I have Chest Pains, I suffer From
Lower stomach Back Pains, head acts
I need mental Health medications, 1/8 tooth ache

Inmate's Signature _Willie Clemons_ Date ___ Time ___

---

FOR MEDICAL UNIT USE ONLY

S: States, "I have regular BM's". Had chest pains
before coming in. Started having stomach pain
3 days ago.

O: T 97⁵ P 62 RR 18 BP 188/102 WT ___ Pulse Ox 98 %
C/o sharp pains around lower abdomen to
back. "10" pain. Sharp pains in chest "9."
Has pacemaker (L) chest area, Pacemaker put in 2008.

A: ∅ chest congestion noted. B/s x4 quad. Ø
Pressure on chest. I/m states "I'm on mental
health meds, clozaril, depakote.

P: Ibu 800mg BID X 3 days.

E: _____

Disposition: _____

Nursing Protocol: P. Montes, LV

Provider's Signature: _____ Date 1/21/08 Time _____

Referred to Physician ⌐ Appointment Date _____ Time _____

Quality Correctional Health Care

## TUBERCULIN PPD FOR INMATES

### Please read the following information about tuberculosis.

<u>What Is TB?</u>

Tuberculosis (TB) is a disease caused by germs that are spread from person to person through the air. TB usually affects the lungs, but it can also affect other parts of the body, such as the brain, the kidneys, or the spine. A person with TB can die if they do not get treatment.

<u>What Are the Symptoms of TB?</u>

The general symptoms of TB disease include feelings of sickness or weakness, weight loss, fever, and night sweats. The symptoms of TB disease of the lungs also include coughing, chest pain, and the coughing up of blood. Symptoms of TB disease in other parts of the body depend on the area affected.

<u>How is TB Spread?</u>

TB germs are put into the air when a person with TB disease of the lungs or throat coughs, sneezes, speaks, or sings. These germs can stay in the air for several hours, depending on the environment. Persons who breathe in the air containing these TB germs can become infected; this is called latent TB infection.

| INITIAL SKIN TEST | |
|---|---|
| Date Given: 1/21/08 | Date Read: 1/24/08 |
| Site Given: L Arm | Size: 0 mm |
| Lot #: C2805AA | |
| Nurse: P. Moates, L | Nurse: D. Moates, L |

I agree to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Willie Clemmon
_____    1/21/08
Inmate Signature                        Date

Paula Moates, L
_____    1/21/08
Witness Signature                       Date

Inmate Name: Willie Clemons    ID# _____

Location: _____

# QCHC Off-Site Consultation Request

FROM:   Autauga County Jail
      Phone Number: (334) 358-3729  Ext: 226
      Fax: (334) 358-4827

BILL TO:   QCHC, Inc.
      200 Narrows Parkway, Suite A
      Birmingham, AL 35242
      Corporate Number (205) 437-1512

Date & Time: _2/19 '08   1100 Am_   Patient's Name: _Willie Clemons_

DOB: _1/10/49_   SS #: _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_   Sex: (M) F   Inmate Loc: _7_

Site Contact: _Paula Moates, LPN_   Off-Site Facility: _Dr. Roberson_

Off-Site Address & Phone # _365-2238_

Complaint/Significant Medical Data (Chronic conditions, allergies, current meds, lab & x-ray results, treatments, etc.) _____

_CC: pain U.L._
_DX: broken infected #12, 13_

**Instructions to Off-Site Provider:** Authorization is provided ONLY for requested procedure and treatment of life-threatening conditions.  Prior approval from QCHC's Medical Director is required for additional procedures or hospitalization.  Failure to notify the medical contact person may result in reduced benefits and/or possible denial of payment.  Because of security concerns, inmates must NOT be informed of follow-up appointments or possible hospitalization.  Please note we have a NO NARCOTIC policy.  Complete bottom portion of this Off-Site Consultation form and return in a sealed envelope with the Correctional Officer when the inmate is returned to the facility or fax to the site fax number listed above.  Authorization for payment of services in only guaranteed during the time of actual confinement of the inmate under the custody of the above listed jail/prison and under the terms of our County contract.

Significant Findings/Tests Completed/Diagnosis: _____

Treatment Provided: _TX: 3-C-ext #12-13_

Orders/Recommendations: _Rx Ibuprofen 800 mg tid X3day_
_✓ 2/20/08_

Date/Time: _19 Feb 08_ _____ MD

**BRIEFLY STATE THE PROBLEM YOU NEED ASSISTANCE WITH:**
NOTE: If you follow instructions in preparing your request, it can be handled in a timely manner.
Failure to specifically state your request may result in no action being taken.

The medical STAFF is sending out for my medical Records in the wrong name by not Spelling my name correctly my correct name is Willie J. Clemmons and not Willie J. Clemons

So I hope this information Will be some help to the medical STAFF in getting my medical Records So I can get the medical Treatment I need as soon as Possible

I thank you all for the time and Consideration / Concerning this matter

INMATE NAME: Willie J. Clemmons          POD ASSIGNMENT: _____

***** DO NOT WRITE IN THIS SPACE *****

DISPOSITION:

_____

_____

_____

_____

OFFICER'S SIGNATURE                          DATE



## CONFIDENTIAL FACSIMILE COVER SHEET

If this facsimile is received in error, please notify Sender.

Date: _2/11/08_  Pages (Including Cover Sheet) _2_

To: _Dr. Thomas Wools_  Sender: _Paula Moates, Lr_

Fax Number: _334-386-4175_  Fax Number: _334-358-4827_

Phone Number: _334-613-0807_  Phone Number: _334-361-2606_

_____Urgent    _____For Your Review    _____Reply ASAP    _____Please Comment

Comments: _____

_Re: Willie Clemons_

_Attn: Gail_

_613-0081    Attention Lacheryl_

**FAXED**
2/11/08

*The Documents accompanying this transmission may contain confidential health information that is protected by law.  This information is intended only for the individual or entity named above.  The authorized recipient of this information is prohibited from disclosing this information to any other party.*

**If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited.**

QUALITY CORRECTIONAL HEALTH CARE
RELEASE OF INFORMATION AUTHORIZATION

*Willie Clemons*
(Clemmons)
Name of Inmate

*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   1/10/49*
Inmate ID Number / Date of Birth

*Dr Thomas Woods*
Facility Releasing Information

*2/25/08*
Date

I hereby give my consent to QCHC and the above named facility to release the following information from my medical record to the facility/provider listed below:

(X) Records related to treatment of *Cardiac*
   from *2006* to *Present*

(X) Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care.

( ) Admission Reports          ( ) Discharge Reports          ( ) Operative Summary Reports

( ) X-Ray Reports             ( ) Special Studies Reports     ( ) Laboratory Reports

( ) Immunization History      ( ) Mental Health Reports       ( ) Psychiatric Summary Report

( ) Drug Treatment History and Counseling

( ) Other Records _____
   _____

*Autauga Metro Jail*
Facility/Provider to Receive Information

*334-358-4827*
Please Send Records to:

No Records Found ( )

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of person to whom it pertains.

I understand this authorization shall remain in full force and effect for the period of _____ from today's date unless withdrawn in writing by me.

I sign this willingly, and I release QCHC and the facility from any liability which may result from such release of information.

X *Willie Clemons*
Inmate Signature

*2-25-08*
Date

*J Laurence Rn*
Witness

_____
Witness

## PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 3/18/08 | 8:30 am | *[handwritten note, illegible]* Response to all questions concerning medical records. Today Mr. Clemons was told all requests for his medical records were not answered by the provider. Suggested to Mr. Clemons have pacemaker machine brought to jail so we can start testing here. *[signature illegible]* |
| 3/19/08 | 11:30 am | Received medical records from Dr. *[illegible]* office, reviewed by Jane Lawrence. Records faxed to Dr. *[illegible]* Also spoke ē inmate, ē concerns of checking pacemaker. Will write to family member to bring machine so we will be able to continue checks *[signature illegible]* |

| NAME- LAST | FIRST | MIDDLE | DOB |
|------------|-------|--------|-----|
| Clemmons, Willie | | | |



## CONFIDENTIAL FACSIMILE COVER SHEET

*If this facsimile is received in error, please notify Sender.*

Date: 2/7/08

To:

Fax Number:

Phone Number:

Pages (Including Cover Sheet) 2

Sender: J Lawrence RN Autauga Metro Jail

Fax Number: 334 358-4827

Phone Number: 334-361-2606

___ Urgent    ___ For Your Review    ___ Reply ASAP    ___ Please Comment

Comments:

Autauga Metro Jail

No cardiac record at Baptist South

*The Documents accompanying this transmission may contain confidential health information that is protected by law. This information is intended only for the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party.*

**If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited.**

## QCHC SICK CALL REQUEST

Check one: _____/Dental    _____✓ Medical    _____✓ Mental Health

Name: _Willie Clemons_____    Inmate I.D. Number_____

Social Security No._____

Housing Unit_____

Medical Problem (be specific):_I am haveing Pains From broken Tooth_
_that was left in my gums by the Dentist. I am also suffering From Chest_
_Pains due to the fact that I need nitro medication and a new pace maker_
_replacement, I need my mental Health medication and Hepatitis's treatment._

Inmate's Signature _Willie Clemons_ Date:_2-25-08_ Time_____

---

FOR MEDICAL UNIT USE ONLY

S: _____

_____

_____

O: T_____ P_____ RR_____ BP_____ WT_____ Pulse Ox_____%

_____

_____

_____

A: _____

_____

P: _Obtain MH records & medical_
_records_

E: _____

_____

_____

Disposition:_____

_____

Nursing Protocol: _____

Provider's Signature: _____ Date _____ Time _____

Referred to Physician ☐ Appointment Date _____ Time _____

## QCHC SICK CALL REQUEST

Check one: _____ Dental    ___✓___ Medical    _____ Mental Health

Name: _Willie Clemons_    Inmate I.D. Number_____

Social Security No. _7_

Housing Unit_____

Medical Problem (be specific): _I had A black out and getting out of bed and slip ~~out~~ down and ~~feel~~ hurt my back an neck I also need , blood P. pills, for my H, blood P._

Inmate's Signature _Willie J. Clemons_  Date _2-26-08_ Time_____

---

FOR MEDICAL UNIT USE ONLY

S: "_Dr pulled my tooth + left same in there. I need some pain pills_"

O: T _98³_ P _83_ RR _20_ BP _140/90_ WT_____ Pulse Ox _98_ %

_____

_____

A: _____

_____

P: _Motrin 800 mg BID X 3 days_

_____

E: _____

_____

Disposition:_____

_____

Nursing Protocol: _____

Provider's Signature: _Lawrence_ Date _2/26/08_ Time_____

Referred to Physician [  Appointment Date _____ Time_____

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Clonidine 0.1mg BID x 30 days | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 400mg PO BID x 7 days | Am | 1 | 2 | 3 | 4 | → | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pm | 1 | 2 | 3 | 4 | → | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IBU 800mg Bid x 3 days | Am | | | | | | | | | | | | | | | | | | → | | | | | | | | | | | | | | |
| | Pm | | | | | | | | | | | | | | | | | | → | | | | | | | | | | | | | | |
| Clonidine 0.1mg po BID | Am | | | | | | | | | | | | | | | | | | | | → | | | | | | | | | | | | |
| | Pm | | | | | | | | | | | | | | | | | | | | → | | | | | | | | | | | | |
| Motrin 800mg BID x 3 days | Am | | | | | | | | | | | | | | | | | | | | → | | | | | | | | | | | | |
| | Pm | | | | | | | | | | | | | | | | | | | | → | | | | | | | | | | | | |

STARTING FOR 2/1/08   THROUGH 2/29/08

| Physician | | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| Physician | | Alt. Telephone | | |
| Allergies | | Rehabilitative Potential | | |
| Diagnosis | | | | |

| Medicaid Number | Medicare Number | Approved By Doctor: | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |
| RESIDENT  Clemmons, Willie | | D.O.B. | Sex | Room # 7 | Patient Code | Admission Date |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ibuprofen 800mg BID x 3 days | Am | | | | | | | | | | | | | | | | | | | | | | | | | Stop | | | | | | |
| | pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baseline EKG | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clonidine 0.1mg PO BID x 30 days | Am | | | | | | | | | | | | | | | | | | | | | | | | | Stop | | | | | | |
| | pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ibu 800mg ī PO BID x 3 days | Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| STARTING FOR | 1/21/08 | THROUGH | 1/3/08 | | |
|---|---|---|---|---|---|
| Physician | | | Telephone No. | | Medical Record No. |
| Allergies | | | Alt. Telephone | | |
| | | | Rehabilitative Potential | | |
| Diagnosis | | | | | |
| Medicaid Number | Medicare Number | | Approved By Doctor: | | |
| | | | By: | Title: | Date: |
| RESIDENT | Clemons, Willie | | D.O.B. | Sex | Room # | Patient Code 7 | Admission Date |

Name: Willie J. Clemmons    Inmate I.D. Number _____

Social Security No. 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

Housing Unit D-703

Medical Problem (be specific): (1) I need medication For A bad teeth that need Pulling (2) I can't sleep At nigh (4) hearing Voices I need my mentAl Health medication (3) I need my PAcemAker monator inSc (4) my blood Pre, is High all The Time

Inmate's Signature Willie J. Clemmon Date 1-6-08    Time _____

FOR MEDICAL UNIT USE ONLY

S: _____

_____

_____

O: T 97² P 71 RR 20 BP 142/88 WT _____ Pulse Ox 99 %

_____

_____

A: _____

_____

P: On Dental list c̄ Appt
Motren 400 mg BID X 7days  J Laurence RN
Obtain records

E: _____ faxed request 2/7/08

_____

Disposition: _____

_____

Nursing Protocol: _____

Provider's Signature: J Laurence RN  Date 2/8/08    Time _____

Referred to Physician ____ Appointment Date _____ Time _____

QCHC SICK CALL REQUEST

Check one: ____✓____ Dental    ____✓____ Medical    _____ Mental Health

Name: _Willie J. Clemons_    Inmate I.D. Number _____

Social Security No. _____

Housing Unit _D - 725_____

Medical Problem (be specific): _I need nitro medicaltion foR_
_foR my haRt, I need A new Pace-makeR foR my hart,_
_I need my mental Heath because I can sleep and_ (Medicaion)
_I hear voices, I Also need my old monterinsed, I need medicati_ (Pace makeR)
_foR A paining tooth al_

Inmate's Signature _Willie J. Clemons_ Date _2-18-08_ Time _____

FOR MEDICAL UNIT USE ONLY

S: _____

_____

_____

O: T_____ P_____ RR_____ BP_____ WT_____ Pulse Ox_____%

_____

_____

_____

A: _____

_____

P: _____

_____

_____

E: _____    2/19/07

_____

_____

Disposition: _____

_____

Nursing Protocol: _____

Provider's Signature: _____ Date _____ Time _____

Referred to Physician ⌐ Appointment Date _____ Time _____

## QCHC SICK CALL REQUEST

Check one:  _____ Dental  _____ Medical  _____ Mental Health

Name: Willie J. Clemmons    Inmate I.D. Number_____

Social Security No._____

Housing Unit_____

Medical Problem (be specific): I still have Tooth aches because I still have a Tooth To be Pulled. I still need my pace maker Replacement and monitrinsed, I also needs my mental Health meditation, my neck and back Pains

Inmate's Signature Willie Clemmons Date 2-4-08 Time_____

---

FOR MEDICAL UNIT USE ONLY

S: _____

_____

_____

O: T_____ P_____ RR_____ BP_____ WT_____ Pulse Ox_____%

_____

_____

_____

A: _____

_____

_____

P: _____

_____

_____

E: _____

_____

_____

Disposition:_____

_____

Nursing Protocol: _____

Provider's Signature: _____ Date _____ Time_____

Referred to Physician ⌐ Appointment Date _____ Time_____

## QUALITY CORRECTIONAL HEALTH CARE
### RELEASE OF INFORMATION AUTHORIZATION

_Willie Clemons_ ___ 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  1/10/49
Name of Inmate                        Inmate ID Number / Date of Birth

_Prattville Mental Health_ ___ 2/25/08
Facility Releasing Information         Date

_Autauga County_

I hereby give my consent to QCHC and the above named facility to release the following information from
my medical record to the facility/provider listed below:

( ) Records related to treatment of _____
        from _____ to _____.

(X) Physician/Provider's summary of my diagnosis, (medications), treatments, prognosis and recent care.

( ) Admission Reports          ( ) Discharge Reports          ( ) Operative Summary Reports

( ) X-Ray Reports              ( ) Special Studies Reports    ( ) Laboratory Reports

( ) Immunization History       (X) Mental Health Reports      ( ) Psychiatric Summary Report

( ) Drug Treatment History and Counseling

( ) Other Records _____
    _____

---

_Autauga Metro Jail_
Facility/Provider to Receive Information

_334 - 358 - 4827_
Please Send Records to:

No Records Found ( )

This information has been disclosed to you from records whose confidentiality is protected by State law.
State regulations prohibit you from making any further disclosure of this information without the prior
written consent of person to whom it pertains.

---

I understand this authorization shall remain in full force and effect for the period of _____
from today's date unless withdrawn in writing by me.

I sign this willingly, and I release QCHC and the facility from any liability which may result from such
release of information.

X _Willie Clemmons_ ___ _2-25-08_
Inmate Signature                     Date

_____          _____
Witness                              Witness

QCHC

**PHYSICIAN'S PROGRESS NOTES**

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 1/21/08 | | *[handwritten clinical notes, illegible]* |
| | | |
| | | |
| | | |
| 2/27/08 | | *[handwritten clinical notes, illegible]* |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| NAME- LAST | FIRST | MIDDLE | DOB |
|------------|-------|--------|-----|
| Clemons | Willie | | |

JCHC SICK CALL REQUEST

Check one: _____ Dental _____✓_____ Medical _____ Mental Health

Name: Willie Clemons    Inmate I.D. Number _____

Social Security No. _____

Housing Unit _____7_____

Medical Problem (be specific): _____

I have chest Pains, I suffer from
Lower stomach back Pains, head aches
I need mental health medications, I got tooth ache

Inmate's Signature Willie Clemons    Date 1/21/08    Time _____

---

FOR MEDICAL UNIT USE ONLY

S: States, "I have regular BM's". Had chest pains
before coming in. Started having stomach pain
3 days ago.

O: T 97⁵ P 2 RR 18 BP 180/100 WT ___ Pulse Ox 98 %
C/o sharp pains around lower abdomen to
back. "10" pain. Sharp pains in chest "9".
Has pacemaker (L) chest area. Pacemaker put in 2008.

A: ∅ chest congestion noted. B/s x 4 quad. ∅
Pressure on chest. I'm states "I'm on mental
health meds, clozaril, depakote.

P: Ibu 800mg BID X 3 days.

E: _____

Disposition: _____

Nursing Protocol: P. Montes, Ln

Provider's Signature: _____ Date 1/21/08 Time _____

Referred to Physician ⌐ Appointment Date _____ Time _____

Quality Correctional Health Care

## TUBERCULIN PPD FOR INMATES

### Please read the following information about tuberculosis.

How is TB?

Tuberculosis (TB) is a disease caused by germs that are spread from person to person through the air. TB usually affects the lungs, but it can also affect other parts of the body, such as the brain, the kidneys, or the spine. A person with TB can die if they do not get treatment.

What Are the Symptoms of TB?

The general symptoms of TB disease include feelings of sickness or weakness, weight loss, fever, and night sweats. The symptoms of TB disease of the lungs also include coughing, chest pain, and the coughing up of blood. Symptoms of TB disease in other parts of the body depend on the area affected.

How is TB Spread?

TB germs are put into the air when a person with TB disease of the lungs or throat coughs, sneezes, speaks, or sings. These germs can stay in the air for several hours, depending on the environment. Persons who breathe in the air containing these TB germs can become infected; this is called latent TB infection.

| INITIAL SKIN TEST | |
|---|---|
| Date Given: 1/21/08 | Date Read: 1/24/08 |
| Site Given: L Arm | Size: 0 mm |
| Lot #: C2805AA | |
| Nurse: P. Moates, L | Nurse: D. Moates, L |

I agree to TB testing by PPD. I understand the PPD must be read 72 hours after being administered. I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

PWillie Clemmon _____    1/21/08 _____
Inmate Signature                              Date

Paula Moates, L _____    1/21/08 _____
Witness Signature                             Date

Inmate Name: Willie Clemons ____ ID# _____

Location: _____