IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE JAMES CLEMMONS, JR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-160-WKW |
| | ) |
| HERBIE JOHNSON, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

In his complaint, the plaintiff names nurse Green as a defendant. It does not appear that service was perfected on nurse Green. If a person has not been served, he/she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against nurse Green, the plaintiff must furnish the clerk's office with correct addresses for this individual. Accordingly, it is

ORDERED that on or before May 8, 2008 the plaintiff shall furnish the clerk's office with the correct address of nurse Green. **The plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue have been served**. This is the plaintiff's responsibility. Moreover, the plaintiff is specifically cautioned that if service is not perfected on nurse Green he/she will not be considered a party to this cause of action, the court will on its own initiative dismiss the claims against nurse Green and this case will proceed against only the defendant on whom service has

been perfected.  *See* Rule 4(m), *Federal Rules of Civil Procedure*.

    Done this 24th day of April, 2008.


                              /s/ Terry F. Moorer
                              TERRY F. MOORER
                              UNITED STATES MAGISTRATE JUDGE