IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE JAMES CLEMMONS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08-CV-160-WKW |
| ) | |
| HERBIE JOHNSON, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before May 8, 2008 defendant nurse Paula, a.k.a. Paula Moates, shall show cause why she has failed to file a written report and answer in compliance with the order entered on March 11, 2008 (Court Doc. No. 4).  The Clerk is DIRECTED to provide a written copy of this order to Paula Moates at the Autauga County Metro Jail.

Done this 24th day of April, 2008.

                                              /s/ Terry F. Moorer
                                              TERRY F. MOORER
                                              UNITED STATES MAGISTRATE JUDGE