IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WILLIE JAMES CLEMMONS, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.-2:08-CV-160-WKW |
| v. ) | |
| ) | |
| SHERIFF HERBIE JOHNSON, et al., ) | |
| ) | |
| Defendants. ) | |

### RESPONSE TO SHOW CAUSE ORDER

Comes now Paula Moates, by and through her attorney of record and responds to this Honorable Court's Order To Show Cause (Doc.#17) dated April 24, 2008 as follows:

1. Defendant Paula Moates filed an Affidavit with this Honorable Court on April 23, 2008 and in doing so believed that she was answering the allegations made against her in Plaintiff Clemmons complaint that was filed on March 10, 2008.

2. Defendant Paula Moates is filing a Special Report simultaneously with this response.

Respectfully submitted this the 28th day of April, 2008.

/s/ Wayne P. Turner
Attorney for Defendant Moates

**OF COUNSEL:**
Wayne P. Turner, Esq.
Bar Number: ASB7227T80W
Attorney for Defendant Moates
1505 Madison Avenue
Montgomery, AL 36107
(334) 420-6560 Telephone
(334) 265-9299 Facsimile
waynetlaw@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have this 28th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the parties and/or have mailed a hard copy via US Mail, postage prepaid and properly addressed to:

Willie J. Clemmons, Jr.
Pro Se
1417 County Road 161
Marbury, Alabama 36051

Sheriff Herbie Johnson
Autauga County Courthouse
40 West 16th Street
Prattville, AL 36068

Robert J. Faulk

145 W Main Street

Prattville, Alabama 36067

                                                  /s/ Wayne P. Turner
                                                  OF COUNSEL