## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **WILLIE JAMES CLEMMONS, JR.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CASE NO.-2:08-CV-160-WKW** |
| **v.** | ) | |
| | ) | |
| **SHERIFF HERBIE JOHNSON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

Comes now Wayne P. Turner, Attorney at Law, and gives notice of appearance as

attorney of record for Defendant, Paula Moates.

Respectfully submitted this the 28th day of April, 2008.


/s/ Wayne P. Turner
Attorney for Defendant Moates
_____


**OF COUNSEL:**
Wayne P. Turner, Esq.
Bar Number: ASB7227T80W
Attorney for Defendant Moates
1505 Madison Avenue
Montgomery, AL 36107
(334) 420-6560 Telephone
(334) 265-9299 Facsimile
waynetlaw@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 28th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the parties and/or have mailed a hard copy via US Mail, postage prepaid and properly addressed to:

Willie J. Clemmons, Jr.
Pro Se
1417 County Road 161
Marbury, Alabama 36051

Sheriff Herbie Johnson
Autauga County Courthouse
40 West 16th Street
Prattville, AL 36068

Robert J. Faulk

145 W Main Street

Prattville, Alabama 36067

/s/ Wayne P. Turner

OF COUNSEL