IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **WILLIE JAMES CLEMMONS, JR.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.-2:08-CV-160-WKW |
| v. ) | |
| ) | |
| **SHERIFF HERBIE JOHNSON, et al.,** ) | |
| ) | |
| Defendants. ) | |

## SPECIAL REPORT

Comes now the Defendant, Paula Moates, by and through counsel of record, Wayne P. Turner, and respectfully submits this special report.

### Documents

Affidavit of Paula Moates previously filed on April 23, 2008 (Doc#15-3)

### Allegations

1. Plaintiff Clemmons alleges that on or about January 16, 2008, he was denied medical treatment after several doctor's slips and grievances.

2. Plaintiff Clemmons alleges that after verbally informing Defendant Moates and others of his medical condition, Defendant Moates told Plaintiff Clemmons that the county would not pay for Plaintiff's medical problem.

3. Plaintiff Clemmons alleges that Defendant Moates and the nursing staff was very rude ans stated that he was told he should have taken care of his medical problem before he got locked up and to stop asking about this medical problem because he would they were not going to do anything about it.

4. Plaintiff Clemmons alleges that all medical staff has refused to treat his Hepatitis C condition.

## Defenses

5. Paula Moates assert the following defenses:

    A. This Defendant affirmatively avers that she has at all times provided the Plaintiff quality healthcare which meets and exceeds the standard of care required of nurses in Alabama.

    B. This Defendant denies that she told the Plaintiff that the County would not pay for his medical problem.

    C. This Defendant denies that she was ever rude to the Plaintiff.

    D. This Defendant affirmatively avers that there is no reason for any action to be taken with regard to such pacemaker.

    E. This Defendant denies that she has refused to treat the Plaintiff for any legitimate medical condition.

    F. This Defendant generally denies all allegations in the complaint, demands strict proof thereof, and denies that the Plaintiff is entitled to any relief.

    G. This Defendant avers that the Plaintiff's compliant fails to state a cause of action against this Defendant upon which relief can be granted.

    H. This Defendant pleads the general issue and denies any allegations not specifically denied.

    I. This Defendant is not the correct party in interest.

    J. This Defendant pleads qualified immunity.

    K. This Defendant reserves the right to amend these defenses as allowed by the

Court.

## Conclusion

Plaintiff cannot succeed on any claim against this Defendant.

Respectfully submitted this the 28th day of April, 2008.

                                      /s/ Wayne P. Turner
                                      Attorney for Defendant Moates

**OF COUNSEL:**
Wayne P. Turner, Esq.
Bar Number: ASB7227T80W
Attorney for Defendant Moates
1505 Madison Avenue
Montgomery, AL 36107
(334) 420-6560 Telephone
(334) 265-9299 Facsimile
waynetlaw@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have this 28th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the parties and/or have mailed a hard copy via US Mail, postage prepaid and properly addressed to:

Willie J. Clemmons, Jr.
Pro Se
1417 County Road 161
Marbury, Alabama 36051

Sheriff Herbie Johnson
Autauga County Courthouse
40 West 16th Street
Prattville, AL 36068

Robert J. Faulk
145 W Main Street
Prattville, Alabama 36067

                                              /s/ Wayne P. Turner
                                              OF COUNSEL