IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

WILLIE JAMES CLEMMONS, JR.

    Plaintiff,

v.    CASE NO. 2:08-CV-160-WKW

SHERIFF HERBIE JOHNSON, et al.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Sheriff Herbie Johnson, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[■] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Autauga County | Government for County of Autauga |
| Autauga County Sheriff's Office | Employer |

4/28/2008
Date

(Signature)
J. Robert Faulk
(Counsel's Name)

J. Robert Faulk (FAU002)
Counsel for (print names of all parties)
145 West Main Street
Prattville, AL 36067
Address, City, State Zip Code
(334) 365-5924
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____MIDDLE_____ DIVISION

## CERTIFICATE OF SERVICE

I, J. Robert Faulk_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U. S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 28th_____ day of April_____ 20 08 to:

Wayne P. Turner, Esq.

1505 Madison Avenue

Montgomery, AL  36107


Willie J. Clemmons, Jr.

1417 County Road 161, Marbury, AL  36051


4/28/2008
Date                                                                 Signature